Andrew Harris (OSB No. 071273)
aharris@nwcorporatelaw.com
NW Corporate Law
4605 NE Fremont St., Ste. 204B
Portland, OR 97213
(503) 405-4939

Attorney for Defendant
MAH Group, Inc., d/b/a Wolfpak

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated, | CIVIL ACTION FILE NO.: 6:25-CV-855-MTK |
| Plaintiff, | |
| v. | MOTION TO WITHDRAW AS COUNSEL OF RECORD |
| | LR 83-11(a) |
| MAH GROUP, INC., d/b/a WOLFPAK, | |
| Defendant. | |
| _____ / | |

**RULE 7.1 CERTIFICATE OF CONFERRAL**

    Counsel for Defendant MAH Group, Inc., d/b/a Wolfpak certifies that he has conferred with Plaintiff's counsel in good faith through a telephone conference regarding this motion and Plaintiff's counsel indicated it will object to the motion.

1 - MOTION TO WITHDRAW AS COUNSEL OF RECORD

## MOTION

Andrew Harris ("Counsel") moves the Court, pursuant to Local Rule 83-11(a), for an order authorizing withdrawal as counsel of record for Defendant. This motion is supported by the accompanying declaration of Andrew Harris ("Harris Declaration"). Good cause exists for withdrawal, and this motion is not made for the reason of undue delay or improper purpose.

Counsel has provided written notice of intent to withdraw to Defendant at Defendant's last known contact information, as follows:

> MAH Group, Inc. d/b/a Wolfpak
> 1945 Placentia Ave, Suite B-1
> Costa Mesa, CA 92627

## MEMORANDUM OF LAW

Pursuant to Local Rule 83-11(a), a lawyer may withdraw from representing a party in a case with leave of the Court, and pursuant to Oregon Rules of Professional Conduct ("RPC") 1.6 (Withdrawal), a lawyer may withdraw from representing a client if, among other things, withdrawal can be accomplished without material adverse effect on the interests of the client, the representation will result in an unreasonable financial burden on the lawyer, or other good cause for withdrawal exists.

For the reasons set forth in the Harris Declaration, and because this case is currently in the discovery stage, no trial date has been set, and Defendant also is represented by Mr. Anthony Cartee, Counsel's withdrawal would not cause material adverse effect on the interests of Defendant, and continued representation would result in an unreasonable financial burden on Counsel as Counsel has not been paid to date and has no reasonable expectation of being paid.

2 - MOTION TO WITHDRAW AS COUNSEL OF RECORD

## **RELIEF REQUESTED**

WHEREFORE, Counsel respectfully requests that the Court grant this Motion and enter an order permitting Andrew Harris to withdraw as counsel of record for Defendant.

Dated: December 15, 2025

                                              s/Andrew Harris
Andrew Harris (OSB No. 071273)
aharris@nwcorporatelaw.com
NW Corporate Law
4605 NE Fremont St., Ste. 204B
Portland, OR 97213
(503) 405-4930
Attorney for Defendant MAH Group Inc., d/b/a Wolfpak

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing MOTION TO WITHDRAW AS COUNSEL OF RECORD with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Dated: December 15, 2025

          s/Andrew Harris
Andrew Harris (OSB No. 071273)
aharris@nwcorporatelaw.com
NW Corporate Law
4605 NE Fremont St., Ste. 204B
Portland, OR 97213
(503) 405-4930
Attorney for Defendant MAH Group Inc., d/b/a Wolfpak