Andrew Harris (OSB No. 071273)
aharris@nwcorporatelaw.com
NW Corporate Law
4605 NE Fremont St., Ste. 204B
Portland, OR 97213
(503) 405-4939

Attorney for Defendant
MAH Group, Inc., d/b/a Wolfpak

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON
# EUGENE DIVISION

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br><br><br>MAH GROUP, INC., d/b/a WOLFPAK,<br><br>Defendant. | CIVIL ACTION FILE NO.: 6:25-CV-855-MTK<br><br><br><br><br><br>DECLARATION OF ANDREW HARRIS IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD<br><br>LR 83-11(a) |

I, Andrew Harris, declare as follows:

1. I am over the age of 18, I am an attorney licensed to practice law in the State of Oregon, and I am admitted to practice before this court.

1 – DECLARATION OF ANDREW HARRIS IN SUPPORT OF
    MOTION TO WITHDRAW AS COUNSEL OF RECORD

2. Along with Mr. Anthony Cartee, I am attorney of record for Defendant in the above-captioned case.

3. I make the following declaration with personal knowledge of the facts and in support of the Motion to Withdraw as Counsel of Record.

4. I was called by Mr. Cartee in the days immediately preceding the Answer deadline and encouraged to assist him in filing the Answer so that Defendant would have local counsel in Oregon and not miss the filing deadline.

5. Mr. Cartee assured me that, among other things, I would be paid, and so I agreed to serve as local counsel.

6. I have not been paid to date.

7. I have not been introduced to Defendant, and Mr. Cartee has not provided me with any contact information for Defendant, a California corporation, other than the information listed in the court's records.

8. I have repeatedly called Mr. Cartee at both his personal cell phone number and his number listed in the court's records, and he has not picked up my calls or returned my calls.

9. I currently do not have any way of talking with Mr. Cartee other than in person, and Mr. Cartee is not in Oregon; he is in California.

10. If I am granted leave to withdraw, Mr. Cartee will continue on as counsel of record for Defendant.

11. I communicated by telephone with Plaintiff's counsel, Mr. Andrew Perrong, and notified him of my intention to file this motion to withdraw as counsel for Defendant. Mr. Perrong stated that he intends to object to the motion.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 15, 2025

                                                      s/Andrew Harris
                                                     Andrew Harris (OSB No. 071273)
                                                     aharris@nwcorporatelaw.com
                                                     NW Corporate Law
                                                     4605 NE Fremont St., Ste. 204B
                                                     Portland, OR 97213
                                                     (503) 405-4930
                                                     Attorney for Defendant MAH Group Inc., d/b/a Wolfpak

## CERTIFICATE OF SERVICE

  I hereby certify that I electronically filed the foregoing DECLARATION OF ANDREW HARRIS IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Dated: December 15, 2025

                s/Andrew Harris
                Andrew Harris (OSB No. 071273)
                aharris@nwcorporatelaw.com
                NW Corporate Law
                4605 NE Fremont St., Ste. 204B
                Portland, OR 97213
                (503) 405-4930
                Attorney for Defendant MAH Group Inc., d/b/a Wolfpak