Kevin J. Jacoby, OSB No. 063783
Email: kevin@saltlawgroup.com
Neal S. Shechter, OSB No. 185119
Email: neal@saltlawgroup.com
SALT
100 SW Main St, Ste 1025
Portland, OR  97204
Phone: 503.417.7777

*Of Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| **CHET MICHAEL WILSON**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**MAH GROUP, INC. D/B/A WOLFPACK**,<br><br>Defendant, | Case No. 6:25-cv-00855-MTK<br><br>NOTICE OF APPEARANCE AND REPRESENTATION |

**PLEASE TAKE NOTICE** that KEVIN J. JACOBY, NEAL S. SHECHTER, and SALT LAW GROUP hereby appear in the above-captioned action as attorneys for Defendant MAH Group, Inc. d/b/a Wolfpack.

DATED:  January 15, 2026        **SALT**

By: */s/ Kevin J. Jacoby*
    Kevin J. Jacoby, OSB No. 063783
    Email: kevin@saltlawgroup.com
    Neal S. Shechter, OSB No. 185119
    Email: neal@saltlawgroup.com
    *Of Attorneys for Defendant*

PAGE 1 – NOTICE OF APPEARANCE AND REPRESENTATION



Salt
100 SW Main Street, Suite 1025
Portland, OR 97204
T: 503.417.7777  F: 503.214.8816

## CERTIFICATE OF SERVICE

I hereby certify that I served the attached **NOTICE OF APPEARANCE AND REPRESENTATION** on the following:

| | |
|---|---|
| Anthony I. Paronich<br>Email: anthony@paronichlaw.com<br>Paronich Law, P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043 | Andrew R Perrong<br>Email: a@perronglaw.com<br>Perrong Law LLC<br>2657 Mt. Carmel Ave.<br>Glenside, PA 19038 |

by the following indicated method(s):

☒ by **e-service** through filing the document with the Court's CM/ECF system.

☐ by **emailing** full, true, and correct copies thereof to said attorney to the email address noted above, which is the last known email address for said attorney, on the date set forth below.

☐ by causing full, true and correct copies thereof to be **mailed** to the attorney(s) at the attorney(s) last-known office address(es) listed above on the date set forth below.

DATED: January 15, 2026                **SALT**

By: */s/ Kevin J. Jacoby*
    Kevin J. Jacoby, OSB No. 063783
    Email: kevin@saltlawgroup.com
    Neal S. Shechter, OSB No. 185119
    Email: neal@saltlawgroup.com
    *Of Attorneys for Defendant*