Kevin J. Jacoby, OSB No. 063783
Email: kevin@saltlawgroup.com
Neal S. Shechter, OSB No. 185119
Email: neal@saltlawgroup.com
SALT
100 SW Main St, Ste 1025
Portland, OR  97204
Phone: 503.417.7777

*Of Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **CHET MICHAEL WILSON**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**MAH GROUP, INC. D/B/A WOLFPAK**,<br><br>Defendant, | Case No. 6:25-cv-00855-MTK<br><br>**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO COMPLY WITH ORDER DATED DECEMBER 17, 2025** |

**LR 7-1(A) CERTIFICATION**

Counsel for Defendant MAH Group, Inc. d/b/a Wolfpak ("Defendant") has made a good faith attempt to confer with counsel for Plaintiff Chet Michael Wilson ("Plaintiff") regarding this Motion. The parties met and conferred on January 15 and 16, 2025. Plaintiff does not oppose this motion.

**MOTION**

Pursuant to FRCP 16(b)(4) and LR 16-3(a), Defendant moves this Court for a brief two-



week extension of the deadline to respond to Plaintiff's discovery requests as ordered by the court on December 17, 2025. Plaintiff does not oppose this motion.

## DISCUSSION

On December 17, 2025, this Court entered its Opinion and Order, requiring Defendant to fulfill its discovery obligations under Rules 26, 33, and 34 and provide complete responses to Plaintiff's requests within 30 days. (ECF No. 17.) The deadline to respond to Plaintiff's discovery requests is currently January 16, 2026.

On January 15, 2025, Defendant retained the undersigned, Salt Law Group, as its attorneys of record. That same day Defendant's counsel filed a Notice of Appearance. (ECF No. 21.)

The parties have met and conferred as to an extension of the January 16 response deadline. Plaintiff's counsel stated that they do not oppose the extension so long as they "retain all rights, including regarding sanctions and/or to compel in the event of continued non-production." Defendant has no objection to Plaintiff's retention of rights.

Good causes exist to extend Defendant's response deadline by two weeks. Plaintiff does not oppose an extension. Defendant's new counsel has only just been retained and has not had a chance to review pertinent documents. Defendant's counsel has yet to receive the full client case file. However, Defendant and its newly-retained counsel are currently in the process of gathering necessary information and documents to provide full responses to the discovery requests as ordered as soon as possible.

Defendant is cognizant of the Court's preference that motions for extension of time should be received at least five days before the current deadline; however, exigent circumstances exist for the late submission of this motion because Defendant has been effectively without active counsel since December 18, 2025, the day after the Court issued its Opinion and Order granting Plaintiff's

PAGE 2 – DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLY WITH ORDER DATED DECEMBER 17, 2025

Salt
100 SW Main Street, Suite 1025
Portland, OR 97204
T: 503.417.7777  F: 503.214.8816

motion to compel. Attorney Cartee[1] has been non-responsive to Defendant's inquiries and requests for updates for some time. Without local counsel, Defendant has been unable to request an extension before the undersigned was retained the afternoon of January 15, 2026.

## CONCLUSION

For these reasons, Defendant respectfully requests that the Court briefly extend the deadline to respond to Plaintiff's discovery requests by two weeks up to and including January 30, 2026.

DATED:  January 16, 2026            **SALT**

By: /s/ Neal S. Shechter
    Kevin J. Jacoby, OSB No. 063783
    Email: kevin@saltlawgroup.com
    Neal S. Shechter, OSB No. 185119
    Email: neal@saltlawgroup.com
    *Of Attorneys for Defendant*

---

[1] Defendant intends to file a motion to terminate attorney Cartee's representation of Defendant pursuant to LR 83-11(e) due to his inactivity in the matter for several months, causing prejudice to Defendant. The undersigned sent written notice of Cartee's termination as counsel for Defendant via email on January 15, 2026, and requested Cartee to voluntarily withdraw as counsel of record. As of the time of this filing, no response has been received from Cartee.

PAGE 3 – DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLY WITH ORDER DATED DECEMBER 17, 2025



100 SW Main Street, Suite 1025
Portland, OR 97204

T: 503.417.7777  F: 503.214.8816

## CERTIFICATE OF SERVICE

I hereby certify that I served the attached **DEFENDANT'S MOTION FOR EXTENSION OF TIME TO COMPLY WITH ORDER DATED DECEMBER 17, 2025** on the following:

| | |
|---|---|
| Anthony I. Paronich<br>Email: anthony@paronichlaw.com<br>Paronich Law, P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>*Of Attorneys for Plaintiff* | Andrew R Perrong<br>Email: a@perronglaw.com<br>Perrong Law LLC<br>2657 Mt. Carmel Ave.<br>Glenside, PA 19038<br>*Of Attorneys for Plaintiff* |

Anthony Cartee
Email: acartee@ac-legal.com
Cartee, LLC
333 City Blvd West, 17th Floor
Orange, CA 92868

by the following indicated method(s):

☒ by **e-service** through filing the document with the Court's CM/ECF system.

☐ by **emailing** full, true, and correct copies thereof to said attorney to the email address noted above, which is the last known email address for said attorney, on the date set forth below.

☒ by causing full, true and correct copies thereof to be **mailed** to the attorney(s) at the attorney(s) last-known office address(es) listed above on the date set forth below.

DATED: January 16, 2026            **SALT**

By: */s/ Neal S. Shechter*
Kevin J. Jacoby, OSB No. 063783
Email: kevin@saltlawgroup.com
Neal S. Shechter, OSB No. 185119
Email: neal@saltlawgroup.com
*Of Attorneys for Defendant*



Salt
100 SW Main Street, Suite 1025
Portland, OR 97204
T: 503.417.7777  F: 503.214.8816