Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

*Attorneys for Plaintiff,*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated, | CIVIL ACTION FILE NO. 6:25-cv-00855-MTK |
| Plaintiff, | |
| v. | |
| MAH GROUP, INC. D/B/A WOLFPAK | |
| Defendant. | |

**PLAINTIFF'S UNOOPOSED MOTION TO CONTINUE DEADLINE TO FILE MOTION FOR ATTORNEY'S FEES, EXPENSES, AND OTHER SANCTIONS**

Plaintiff Chet Michael Wilson respectfully moves the Court for an order continuing the deadline to file Plaintiff's motion for attorney's fees, expenses, and other sanctions contemplated by the Court's Opinion and Order granting Plaintiff's Motion to Compel (ECF No. 17). In support of this motion, Plaintiff states as follows.

On December 17, 2025, the Court granted Plaintiff's Motion to Compel and ordered Defendant MAH Group, Inc. to fulfill its discovery obligations under Rules 26, 33, and 34 and to provide complete discovery responses within thirty days of the Court's Opinion and Order, including all records of any telemarketing text messages sent out during the putative class period as well as any sent by vendors. ECF No. 17. The Court further explained that because Plaintiff

prevailed on the Motion to Compel, the Court is required to order the party whose conduct necessitated the motion, or the attorney advising that conduct, or both, to pay Plaintiff's reasonable expenses incurred in making the motion, including attorney's fees, absent the limited exceptions set forth in Rule 37. ECF No. 17. The Court expressly authorized Plaintiff to seek such relief and stated that Plaintiff shall file his motion for attorney's fees within fourteen days of the Opinion and Order. The Court also noted that Plaintiff may argue for the imposition of any other sanctions that Plaintiff believes are appropriate. ECF No. 17.

Defendant has retained counsel and now Defendant's deadline to fully comply with its discovery obligations is January 30, 2026. Plaintiff requests a short continuance to February 13, 2026 so that any sanctions motion can be presented to the Court in the context of Defendant's actual compliance or noncompliance with the Court's Order.

Plaintiff has conferred with counsel for the Defendant, who does not oppose. For these reasons, Plaintiff respectfully requests that the Court grant this motion.

Dated:  January 20, 2026                */s/ Anthony I. Paronich*
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

*Counsel for Plaintiff and the proposed class*