Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

*Attorneys for Plaintiff,*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MAH GROUP, INC. D/B/A WOLFPAK<br><br>Defendant.<br>_____/ | : : : : : : : : : : : | CIVIL ACTION FILE NO. 6:25-cv-00855-MTK |

### JOINT MOTION TO EXTEND DEADLINES

Plaintiff Chet Michael Wilson and Defendant MAH Group, Inc. (collectively, the "Parties"), by and through undersigned counsel, respectfully submit this Joint Motion to extend the remaining case management deadlines. Good cause exists for the requested relief, and the motion is made by agreement of all parties.

This putative class action arises under the Telephone Consumer Protection Act ("TCPA") and concerns alleged telemarketing text messages and calls made by Defendant or its vendors.

As the Court is aware, discovery in this matter has been significantly delayed. On December 17, 2025, the Court granted Plaintiff's Motion to Compel and ordered Defendant to provide complete discovery responses—including telemarketing call and text records and

corresponding consent data—within thirty days. The Court further authorized sanctions for noncompliance.

Shortly thereafter, Defendant retained new counsel. New defense counsel has represented that it is working diligently to bring Defendant into compliance with the Court's Order, including coordinating with third-party vendors that possess responsive telemarketing data central to class certification, expert analysis, and the merits. The parties agreed on an extension for their production, but that does leave the parties having not exchanged much information as the deadlines approach.

Because those records have not yet been fully produced, the Parties have been unable to meaningfully engage in discovery, expert analysis, or motion practice contemplated by the existing schedule. Proceeding under the current deadlines would substantially prejudice the orderly development of the record and risk inefficient, piecemeal briefing.

Plaintiff timely served his expert disclosure pursuant to the existing Case Management Order. However, because Defendant has not yet produced the telemarketing records ordered by the Court, Plaintiff's expert report necessarily relied on incomplete data. Plaintiff will supplement his expert disclosure promptly pursuant to Rule 26(e) once Defendant produces the ordered call and text message records.

The Parties jointly request an extension of approximately four months to the remaining deadlines. The relevant portions of the current schedule (entered August 27, 2025) and the proposed amended deadlines are set forth below:

| Deadline | Current Deadline | Proposed Deadline |
|---|---|---|
| Exchange of Expert Witness Disclosures | December 31, 2025 | *Completed* |
| Exchange of Rebuttal Expert Disclosures | January 28, 2026 | **May 28, 2026** |

| Deadline | Current Deadline | Proposed Deadline |
|---|---|---|
| Close of Discovery | January 30, 2026 | **May 29, 2026** |
| Dispositive Motions & Class Certification | February 27, 2026 | **June 29, 2026** |
| Joint ADR Report and Pretrial Order | 30 days after dispositive motions are ruled on or March 30, 2026 if no dispositive motions are filed | **30 days after dispositive motions are ruled on, or July 29, 2026 if no dispositive motions are filed** |

This motion is unopposed and jointly submitted. Granting the requested relief will not prejudice any party and will promote judicial efficiency by ensuring that expert disclosures, class certification briefing, and dispositive motions are based on a complete and accurate factual record.

For the foregoing reasons, the Parties respectfully request that the Court grant this Joint Motion and enter an amended Case Management Order extending the deadlines as set forth above.

Dated:  January 21, 2026

*/s/ Anthony I. Paronich*
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

*Counsel for Plaintiff and the proposed class*

Dated:  January 21, 2026

*/s/ Kevin J. Jacoby*
Kevin J. Jacoby
SALT
100 SW Main Street, Suite 1025
Portland, OR 97204
Tel: (503) 417-7777
Fax: (503) 214-8816
kevin@saltlawgroup.com

*Of Attorneys for Defendant*