Kevin J. Jacoby, OSB No. 063783
Email: kevin@saltlawgroup.com
Neal S. Shechter, OSB No. 185119
Email: neal@saltlawgroup.com
SALT
100 SW Main St, Ste 1025
Portland, OR 97204
Phone: 503.417.7777

*Of Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **CHET MICHAEL WILSON**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**MAH GROUP, INC. D/B/A WOLFPAK**,<br><br>Defendant, | Case No. 6:25-cv-00855-MTK<br><br>**DECLARATION OF KEVIN J. JACOBY IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND OTHER SANCTIONS** |

I, Kevin J. Jacoby, hereby declare and state as follows:

1. I am one of the attorneys for Defendant MAH Group, Inc. d/b/a Wolfpak ("Defendant") in this matter and I have personal knowledge of the information in this declaration. I am over 18 years of age and competent to testify to the information in the declaration. I make this declaration in support of Defendant's Opposition to Plaintiff's Motion for Attorney's Fees and Other Sanctions.

2. Since undersigned counsel appeared, Defendant has been cooperative and diligent in

PAGE 1 – DECLARATION OF KEVIN JACOBY IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND OTHER SANCTIONS



responding to all requests and has repeatedly and productively conferred with counsel for Plaintiff both before and after the extended deadline.

3. Amended responses to all formal discovery were timely provided along with a substantial production of documents on January 30, 2026.

4. In less than one month, all responsive records that could be located after a diligent search have now been produced to Plaintiff.

5. Additional amended discovery responses have now been provided.

6. On February 13, 2026, counsel for Plaintiff initiated conferral via e-mail over six discrete issues that Plaintiff alleged were deficiencies in Defendant's production and responses. Attached to this declaration as **Exhibit A** is an email from counsel for Plaintiff to undersigned counsel on February 13, 2026.

7. Less than four hours later, counsel for Defendant responded to all requests. Defendant agreed to supplement its response to an interrogatory and advised that further records were forthcoming that very day from third-party custodian Klayvio. Undersigned counsel also pointed out that Plaintiff had mis-read the language of two of its own requests. Attached to this declaration as **Exhibit B** is an email from undersigned counsel to counsel for Plaintiff l on February 13, 2026, responding to Plaintiff's counsel's earlier email.

8. Supplemental productions of records obtained from third-parties Yotpo and Klayvio were made to Plaintiff on or about February 13, 2026 and February 16, 2026.

9. On February 24, 2026, counsel for Defendant requested that Plaintiff withdraw this action in light of the fact that a Comcast IP address in Oregon (where Plaintiff resides) subscribed (and consented to receive text messages from Defendant) via Yotpo. Defendant requested that Plaintiff's counsel confirm that the Oregon IP address did not

PAGE 2 – DECLARATION OF KEVIN JACOBY IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND OTHER SANCTIONS

Salt
100 SW Main Street, Suite 1025
Portland, OR 97204
T: 503.417.7777  F: 503.214.8816

    belong to their client to the extent Plaintiff's counsel wished to press the matter further. Plaintiff's attorneys refused, and told Defendant that Defendant would have to subpoena Comcast to find out whether the IP address belonged to their client (and whether this matter was falsely filed or not).

10. In response, Defendant requested that Plaintiff's counsel pause proceedings in this matter to enable the parties to jointly determine whether the allegations in the Complaint were truthful or not—whether by subpoena to Comcast or by Plaintiff's attorneys conducting basic due diligence and speaking with their client—and Plaintiff's counsel similarly refused. Undersigned counsel is diligently working to uncover what happened here and address all responsible parties proceeding via vexatious and/or frivolous litigation.

I declare under penalty of perjury that the foregoing is true and correct.

    EXECUTED ON: February 27, 2026

                                                         */s/ Kevin Jacoby*_____
                                                          Kevin Jacoby

PAGE 3 – DECLARATION OF KEVIN JACOBY IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND OTHER SANCTIONS

Salt
100 SW Main Street, Suite 1025
Portland, OR 97204
T: 503.417.7777  F: 503.214.8816

# CERTIFICATE OF SERVICE

I hereby certify that I served the attached **DECLARATION OF KEVIN JACOBY IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND OTHER SANCTIONS** on the following:

| | |
|---|---|
| Anthony I. Paronich | Andrew R Perrong |
| Email: anthony@paronichlaw.com | Email: a@perronglaw.com |
| Paronich Law, P.C. | Perrong Law LLC |
| 350 Lincoln Street, Suite 2400 | 2657 Mt. Carmel Ave. |
| Hingham, MA 02043 | Glenside, PA 19038 |

by the following indicated method(s):

☒ by **e-service** through filing the document with the Court's CM/ECF system.

☐ by **emailing** full, true, and correct copies thereof to said attorney to the email address noted above, which is the last known email address for said attorney, on the date set forth below.

☒ by causing full, true and correct copies thereof to be **mailed** to the attorney(s) at the attorney(s) last-known office address(es) listed above on the date set forth below.

DATED: February 27, 2026            **SALT**

By: */s/ Kevin J. Jacoby*
Kevin J. Jacoby, OSB No. 063783
Email: kevin@saltlawgroup.com
Neal S. Shechter, OSB No. 185119
Email: neal@saltlawgroup.com
*Of Attorneys for Defendant*

PAGE 1 – CERTIFICATE OF SERVICE

Salt
100 SW Main Street, Suite 1025
Portland, OR 97204
T: 503.417.7777  F: 503.214.8816