Kevin J. Jacoby, OSB No. 063783
Email: kevin@saltlawgroup.com
Neal S. Shechter, OSB No. 185119
Email: neal@saltlawgroup.com
SALT
100 SW Main St, Ste 1025
Portland, OR 97204
Phone: 503.417.7777

*Of Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **CHET MICHAEL WILSON**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**MAH GROUP, INC. D/B/A WOLFPAK**,<br><br>Defendant. | Case No. 6:25-cv-00855-MTK<br><br>**DECLARATION OF MICHAEL HENDERSON IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND OTHER SANCTIONS** |

I, Michael Henderson, hereby declare and state as follows:

    1.    I am the CEO of Defendant MAH Group, Inc. d/b/a Wolfpak ("Defendant") and I have personal knowledge of the information in this declaration. I am over 18 years of age and competent to testify to the information in the declaration. I make this declaration in support of Defendant's Opposition to Plaintiff's Motion for Attorney's Fees and Other Sanctions.

    2.    I have not heard from attorney Anthony Cartee since October 15, 2025.

    3.    On December 13 and 19, 2025, I reached out to Mr. Cartee to inquire about the

PAGE 1 – DECLARATION OF MICHAEL HENDERSON IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND OTHER SANCTIONS



**Salt**

100 SW Main Street, Suite 1025
Portland, OR 97204

T: 503.417.7777  F: 503.214.8816

status of this case. A copy of my inquiry via e-mail is attached as **Exhibit A**. I received no response. I was not aware that the Court had entered an order to compel production of discovery by January 16, 2026.

4.   On December 31, 2025, I heard from Defendant's local counsel, Andrew Harris, that he had withdrawn as our local counsel because Mr. Cartee had also been non-responsive to Mr. Harris' inquiries. In that conversation, I first learned that the Court had entered an order compelling discovery a few weeks before, and that there was a deadline approaching for compliance with that order.

5.   Defendant retained our current counsel, Salt Law Group, on January 15, 2026. As soon as new counsel was retained, I diligently worked with counsel to understand what was required by the Court's order and worked as quickly as possible to obtain the requested information and documents.

6.   Had I been informed of Defendant's discovery obligations by Mr. Cartee in a timely manner, I would have diligently met any deadlines set in this matter.

7.   I have known Mr. Cartee in a professional capacity for several years and find his non-responsiveness to be completely out of character. I fear that something terrible has happened to him, but as of the date of this declaration I have no information as to why he has been non-responsive since sometime after October 15, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON: February 27, 2026

*Michael Henderson*
Michael Henderson

PAGE 2 – DECLARATION OF MICHAEL HENDERSON IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND OTHER SANCTIONS



Salt
100 SW Main Street, Suite 1025
Portland, OR 97204
T: 503.417.7777  F: 503.214.8816

# CERTIFICATE OF SERVICE

I hereby certify that I served the attached **DECLARATION OF MICHAEL HENDERSON IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND OTHER SANCTIONS** on the following:

| | |
|---|---|
| Anthony I. Paronich<br>Email: anthony@paronichlaw.com<br>Paronich Law, P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043 | Andrew R Perrong<br>Email: a@perronglaw.com<br>Perrong Law LLC<br>2657 Mt. Carmel Ave.<br>Glenside, PA 19038 |

by the following indicated method(s):

☒ by **e-service** through filing the document with the Court's CM/ECF system.

☐ by **emailing** full, true, and correct copies thereof to said attorney to the email address noted above, which is the last known email address for said attorney, on the date set forth below.

☐ by causing full, true and correct copies thereof to be **mailed** to the attorney(s) at the attorney(s) last-known office address(es) listed above on the date set forth below.

DATED: February 27, 2026    **SALT**

By: */s/ Kevin J. Jacoby*
Kevin J. Jacoby, OSB No. 063783
Email: kevin@saltlawgroup.com
Neal S. Shechter, OSB No. 185119
Email: neal@saltlawgroup.com
*Of Attorneys for Defendant*