Kevin J. Jacoby, OSB No. 063783
Email: kevin@saltlawgroup.com
Neal S. Shechter, OSB No. 185119
Email: neal@saltlawgroup.com
SALT
100 SW Main St, Ste 1025
Portland, OR  97204
Phone: 503.417.7777

*Of Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **CHET MICHAEL WILSON**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**MAH GROUP, INC. D/B/A WOLFPAK**,<br><br>Defendant, | Case No. 6:25-cv-00855-MTK<br><br>**DEFENDANT'S UNOPPOSED MOTION FOR TERMINATION OF APPEARANCE OF *PRO HAC VICE* COUNSEL ANTHONY CARTEE** |

### LR 7-1(A) CERTIFICATION

Counsel for Defendant has made a good faith attempt to confer with counsel for Plaintiff regarding this Motion. Plaintiff does not oppose this Motion.

### MOTION

Pursuant to LR 83-11(e), Defendant moves this Court for the termination of the appearance of *pro hac vice* counsel Anthony Cartee due to his inaction on this matter.

This motion is supported by the pleadings and papers on file, specifically the Declaration

PAGE 1 – DEFENDANT'S UNOPPOSED MOTION FOR TERMINATION OF APPEARANCE OF *PRO HAC VICE* COUNSEL ANTHONY CARTEE



Salt
100 SW Main Street, Suite 1025
Portland, OR 97204

T: 503.417.7777  F: 503.214.8816

of Michael Henderson [Doc. 32] filed in support of Defendant's Opposition to Plaintiff's Motion for Attorney's Fees and Other Sanctions [Doc. 30].

## POINTS AND AUTHORITIES

### I.     Factual Background

Unfortunately, Defendant's prior counsel, Anthony Cartee, abandoned Defendant during this litigation and negligently caused the Defendant to become involved in a discovery dispute. Defendant has not heard from Attorney Cartee since October 15, 2025. Doc. 32, ¶ 2. On December 13 and 19, 2025, Defendant's CEO, Michael Henderson, reached out to Mr. Cartee to inquire about the status of this case. *Id.,* at ¶ 3. Defendant was met with silence, allowing a motion to compel to be granted and a court order to be set that Henderson was not informed of until December 31, 2025.

Within two weeks, Defendant retained new counsel, the undersigned counsel, who appeared immediately. With the consent of the client, new counsel emailed Mr. Cartee, informing him that Defendant was terminating his services effective immediately, because Mr. Cartee had been non-responsive to Defendant's inquiries regarding this case for some time. Mr. Cartee has not responded to the undersigned despite several requests that Mr. Cartee voluntarily withdraw.

### II.    Legal Standard

Local Rule 83-11(e) provides for withdrawal of an attorney when they "cease to act."

### III.   Argument

Mr. Cartee has ceased to act in this case by not responding to his client and not appearing to represent the client in hearings since at least October 15, 2025. Mr. Cartee's previous local counsel, Andrew Harris, withdrew from the suit on December 15, 2025. *See* Order of December

18, 2025, Docket No. 18. Subsequently, MAH obtained new counsel and communicated that Defendant had terminated its attorney-client relationship with Mr. Cartee. New counsel has not agreed to act as local counsel for Mr. Cartee. Despite being informed of his termination as counsel for Defendant, Mr. Cartee has failed to voluntarily withdraw as counsel of record in this case.

Mr. Cartee's inaction resulted in prejudice to the client as he did not respond to nor appear in a scheduled hearing regarding a Motion to Compel and the related Motion for Attorney Fees. *See* Motion to Compel Discovery Responses, Docket No. 15; Opinion and Order Granting Motion to Compel, Doc. 17. There remains pending motion practice related to the Motion for Attorney Fees. Once the court has ruled on the pending Fee Motion, the court should terminate the appearance of Mr. Cartee.

## CONCLUSION

For the reasons set forth above, Defendant respectfully requests that the Court terminate the appearance of *pro hac vice* counsel Anthony Cartee following the Court's resolution of Plaintiff's Motion for Attorney's Fees and Other Sanctions.

DATED:  March 6, 2026            **SALT**

By: */s/ Kevin J. Jacoby*
    Kevin J. Jacoby, OSB No. 063783
    Email: kevin@saltlawgroup.com
    Neal S. Shechter, OSB No. 185119
    Email: neal@saltlawgroup.com
    *Of Attorneys for Defendant*



CERTIFICATE OF SERVICE

I hereby certify that I served the attached **DEFENDANT'S MOTION FOR TERMINATION OF APPEARANCE OF *PRO HAC VICE* COUNSEL ANTHONY CARTEE** on the following:

| | |
|---|---|
| Anthony I. Paronich<br>Email: anthony@paronichlaw.com<br>Paronich Law, P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043 | Andrew R Perrong<br>Email: a@perronglaw.com<br>Perrong Law LLC<br>2657 Mt. Carmel Ave.<br>Glenside, PA 19038 |

by the following indicated method(s):

☒ by **e-service** through filing the document with the Court's CM/ECF system.

☐ by **emailing** full, true, and correct copies thereof to said attorney to the email address noted above, which is the last known email address for said attorney, on the date set forth below.

☒ by causing full, true and correct copies thereof to be **mailed** to the attorney(s) at the attorney(s) last-known office address(es) listed above on the date set forth below.

DATED: March 6, 2026				**SALT**

By: */s/ Kevin J. Jacoby*
Kevin J. Jacoby, OSB No. 063783
Email: kevin@saltlawgroup.com
Neal S. Shechter, OSB No. 185119
Email: neal@saltlawgroup.com
*Of Attorneys for Defendant*