

Andrew Perrong <a@perronglaw.com>

## 6:25-cv-00855-MTK Wilson v. MAH Group, Inc.
4 messages

**Mustafa Kasubhai** <Mustafa_Kasubhai@ord.uscourts.gov>       Fri, Oct 10, 2025 at 4:57 PM
To: "a@perronglaw.com" <a@perronglaw.com>, "acartee@ac-legal.com" <acartee@ac-legal.com>, "aharris@nwcorporatelaw.com" <aharris@nwcorporatelaw.com>, "anthony@paronichlaw.com" <anthony@paronichlaw.com>
Cc: Brandie Davies <Brandie_Davies@ord.uscourts.gov>, Miranda Groh <Miranda_Groh@ord.uscourts.gov>

Dear Counsel,

I have reviewed the email submissions outlining the discovery dispute. I understand plaintiff's counsel is willing to accept defendant's counsel's proposal that he provides responsive discovery by October 17, 2025.

If Defendant fails to provide discovery as described in counsel's email correspondence to the Court by October 17, 2025, plaintiff's counsel is authorized to file a motion to compel, including a motion for sanctions, by November 3, 2025. Defendant shall file a response no later than November 17, 2025.

Sincerely,

Mustafa T. Kasubhai



**Mustafa Kasubhai (he/him)** | United States District Judge

5400 United States Courthouse

405 East Eighth Avenue, Eugene, Oregon  97401

United States District Court for the District of Oregon

---

**Anthony Paronich** <anthony@paronichlaw.com>       Sun, Oct 19, 2025 at 9:33 AM
To: a@perronglaw.com, acartee@ac-legal.com, aharris@nwcorporatelaw.com

Counsel:

We would very much like to avoid filing a motion to compel, including the motion for sanctions, instructed by the Court below. However, we did not receive these responses or any documents.

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400

Hingham, MA 02043
[o] (617) 485-0018

[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

[Quoted text hidden]

---

**Andrew Perrong** <a@perronglaw.com>  Wed, Oct 22, 2025 at 12:24 PM
To: Anthony Paronich <anthony@paronichlaw.com>
Cc: acartee@ac-legal.com, aharris@nwcorporatelaw.com

> Counsel,
>
> We've not gotten a response here. Could you please advise as to when we might expect the needful?
> [Quoted text hidden]

---

**anthony cartee** <acartee@ac-legal.com>  Wed, Oct 22, 2025 at 1:00 PM
To: Andrew Perrong <a@perronglaw.com>
Cc: Anthony Paronich <anthony@paronichlaw.com>, aharris@nwcorporatelaw.com

Dear Andrew,

You have my apologies. I was completely out trying to catch up on another matter, but I will get you everything by the end of the week.

Thank you,
Anthony

Cartee, LC
*Advocates & Counselors at Law*
714.942.2225 (office)
acartee@ac-legal.com (email)
www.ac-legal.com

This message as well as any attachments contain confidential information intended for a specific individual and purpose, and is protected by law.  If you are not the intended recipient, you should delete this message.  Any disclosure, copying, or distribution of this message, or the taking of any action based on it, is strictly prohibited.

[Quoted text hidden]