

Andrew Perrong <a@perronglaw.com>

## Re: Chet Michael Wilson v. Mah Group, Inc. - Response to Discovery
17 messages

**Anthony Paronich** <anthony@paronichlaw.com>  Thu, Jan 15, 2026 at 6:58 PM
To: Erick Kuylman <Erick@saltlawgroup.com>, Andrew Perrong <a@perronglaw.com>
Cc: Kevin Jacoby <Kevin@saltlawgroup.com>

Hello, Erick. We also anticipate the your client will comply with the Court's Order.

Let's set up a call once you all have filed an appearance.

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

On Thu, Jan 15, 2026 at 4:36 PM Erick Kuylman <Erick@saltlawgroup.com> wrote:

> Anthony,
>
> I just left a message with your office. My firm recently (just hours ago) was retained by defendant Mah Group, Inc. d/b/a Wolfpak. We have reviewed the Court's recent order re Motion to Compel. Of course, our intention it to comply with the Court's order. (Ref. Order at 2.) That said, we haven't had the chance to review basic requests and documents. Please give me a call so we can discuss. Cell number below. We want to meet and confer as to next steps and then file accordingly.
>
> Cell: 208-869-2492
>
> 
>
> **Erick Kuylman** | Attorney

T: 503.417.7777
F: 503.214.8816
E: Erick@SaltLawGroup.com

**SaltLawGroup.com**

**Confidentiality Notice:**
This message and any accompanying attachments contains confidential communications and privileged information. If you have received this communication in error, please notify me and delete the original and all copies from your system.

---

**Kevin Jacoby** <Kevin@saltlawgroup.com>  Thu, Jan 15, 2026 at 6:59 PM
To: Anthony Paronich <anthony@paronichlaw.com>, Erick Kuylman <Erick@saltlawgroup.com>, Andrew Perrong <a@perronglaw.com>

Anthony:

We should have the appearance filed shortly.



**Kevin Jacoby** | Attorney

T: 503.417.7777
F: 503.214.8816
E: Kevin@SaltLawGroup.com

**SaltLawGroup.com**

**Confidentiality Notice:**
This message and any accompanying attachments contains confidential communications and privileged information. If you have received this communication in error, please notify me and delete the original and all copies from your system.

[Quoted text hidden]

---

**Erick Kuylman** <Erick@saltlawgroup.com>  Thu, Jan 15, 2026 at 8:11 PM
To: Kevin Jacoby <Kevin@saltlawgroup.com>, Anthony Paronich <anthony@paronichlaw.com>, Andrew Perrong <a@perronglaw.com>

Anthony,

Our appearance is now filed. I'll set a reminder to call you tomorrow am. We are on west coast, so it will probably be around lunch your time. Thanks for getting back to us.

[Quoted text hidden]

---

**Anthony Paronich** <anthony@paronichlaw.com>  Fri, Jan 16, 2026 at 6:02 AM
To: Erick Kuylman <Erick@saltlawgroup.com>
Cc: Kevin Jacoby <Kevin@saltlawgroup.com>, Andrew Perrong <a@perronglaw.com>

Hey, Erick. We'll set up something for early next week. It would also be helpful if your client first tells us what they intend to do to comply with the Court's Order.

> On Jan 15, 2026, at 9:11 PM, Erick Kuylman <Erick@saltlawgroup.com> wrote:
>
>
> Anthony,
>
> Our appearance is now filed. I'll set a reminder to call you tomorrow am. We are on west coast, so it will probably be around lunch your time. Thanks for getting back to us.
>
>
> <image001.png>
>
>
> **Erick Kuylman** | Attorney
>
> ───────────────
>
> T: 503.417.7777
> F: 503.214.8816
> E: Erick@SaltLawGroup.com
>
>
> **SaltLawGroup.com**
>
>
> **Confidentiality Notice:**
> This message and any accompanying attachments contains confidential communications and privileged information. If you have received this communication in error, please notify me and delete the original and all copies from your system.
>
>
> **From:** Kevin Jacoby <Kevin@saltlawgroup.com>
> **Sent:** Thursday, January 15, 2026 4:00 PM

**To:** Anthony Paronich <anthony@paronichlaw.com>; Erick Kuylman <Erick@saltlawgroup.com>; Andrew Perrong <a@perronglaw.com>
**Subject:** RE: Chet Michael Wilson v. Mah Group, Inc. - Response to Discovery

Anthony:

We should have the appearance filed shortly.

<image001.png>

**Kevin Jacoby** | Attorney

T: 503.417.7777
F: 503.214.8816
E: Kevin@SaltLawGroup.com

**SaltLawGroup.com**

**Confidentiality Notice:**
This message and any accompanying attachments contains confidential communications and privileged information. If you have received this communication in error, please notify me and delete the original and all copies from your system.

[Quoted text hidden]
[Quoted text hidden]

   [Quoted text hidden]

   <image001.png>

   **Erick Kuylman** | Attorney

   T: 503.417.7777
   F: 503.214.8816
   E: Erick@SaltLawGroup.com

**SaltLawGroup.com**

**Confidentiality Notice:**
This message and any accompanying attachments contains confidential communications and privileged information. If you have received this communication in error, please notify me and delete the original and all copies from your system.

---

**ERICK Kuylman** <Erick@saltlawgroup.com>     Fri, Jan 16, 2026 at 12:55 PM
To: Anthony Paronich <anthony@paronichlaw.com>
Cc: Kevin Jacoby <Kevin@saltlawgroup.com>, Andrew Perrong <a@perronglaw.com>

Anthony,

I am happy to have a call early next week to discuss, and I think your request makes good sense. Please propose a date/time.

The court deadline to respond to the outstanding discovery requests is today, Jan. 16. Bottom line – we have to get something on file with the Court to let them know that we are doing everything we can (as the new counsel) to get our client in line with its discovery obligations and the Court's order. We intend to file a motion for extension to respond to the requests. We will ask for 2 weeks. That puts the new deadline at Jan. 30. Would you please let us know your position on that? We will ensure to include that in the motion.

In the meantime, I have set a call with the client. I can get working on the initial disclosures, but I will obviously need some time to get a sense of what has been done on the client's end and get our responses prepared.

Thanks – Erick

My cell: 208-869-2492. Feel free to call direct. I am on PT time.

Salt

**Erick Kuylman** | Attorney

T: 503.417.7777
F: 503.214.8816
E: Erick@SaltLawGroup.com

**SaltLawGroup.com**

**Confidentiality Notice:**
This message and any accompanying attachments contains confidential communications and privileged information. If you have received this communication in error, please notify me and delete the original and all copies from your system.

[Quoted text hidden]

---

**Andrew Perrong** <a@perronglaw.com>  Fri, Jan 16, 2026 at 3:27 PM
To: Erick Kuylman <Erick@saltlawgroup.com>
Cc: Anthony Paronich <anthony@paronichlaw.com>, Kevin Jacoby <Kevin@saltlawgroup.com>

We do not oppose the extension, so long as we retain all rights, including regarding sanctions and/or to compel in the event of continued non-production.

[Quoted text hidden]

---

**Erick Kuylman** <Erick@saltlawgroup.com>  Fri, Jan 16, 2026 at 3:28 PM
To: Andrew Perrong <a@perronglaw.com>
Cc: Anthony Paronich <anthony@paronichlaw.com>, Kevin Jacoby <Kevin@saltlawgroup.com>

Received -thanks for confirming. We will make sure to include your position in the motion.

[Quoted text hidden]

---

**Andrew Perrong** <a@perronglaw.com>  Fri, Jan 16, 2026 at 3:30 PM
To: Erick Kuylman <Erick@saltlawgroup.com>
Cc: Anthony Paronich <anthony@paronichlaw.com>, Kevin Jacoby <Kevin@saltlawgroup.com>

Thanks. On our call, we also wish to discuss the source of the attached that we received directly from your client and purportedly signed by their former attorney.

[Quoted text hidden]

**2 attachments**

 **WOLFpak_RFP_Responses_Final (1).docx**
39K

 **WOLFpak_Discovery_Responses_Brown_Final (2).docx**
39K

---

**Erick Kuylman** <Erick@saltlawgroup.com>  Fri, Jan 16, 2026 at 3:37 PM
To: Andrew Perrong <a@perronglaw.com>
Cc: Anthony Paronich <anthony@paronichlaw.com>, Kevin Jacoby <Kevin@saltlawgroup.com>

Andrew,

Thanks for sending these over. We'll review.

[Quoted text hidden]

---

**Anthony Paronich** <anthony@paronichlaw.com>  Sat, Jan 17, 2026 at 12:11 PM
To: Erick Kuylman <Erick@saltlawgroup.com>
Cc: Kevin Jacoby <Kevin@saltlawgroup.com>, Andrew Perrong <a@perronglaw.com>

Hey, Erick. Maybe it makes more sense for you to connect with the client and then be in a position to tell us exactly what and when your client is ready to supplement.

As our motion made clear, the advertising text messages sent during the putative class period either through the defendant directly or through any vendor is certainly the priority to gather. That will permit us to evaluate the scope of the conduct at issue.

We also want to make sure that we connect after you connect with your client because it seems like they are developing a pattern of discovery related issues in TCPA cases. *See e.g.* https://storage.courtlistener.com/recap/gov.uscourts.cacd.953864/gov.uscourts.cacd.953864.22.0.pdf

Regards,

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

[Quoted text hidden]

---

**Erick Kuylman** <Erick@saltlawgroup.com>     Sat, Jan 17, 2026 at 8:44 PM
To: Anthony Paronich <anthony@paronichlaw.com>
Cc: Kevin Jacoby <Kevin@saltlawgroup.com>, Andrew Perrong <a@perronglaw.com>

Anthony,

I will let Kevin get back to you in more detail as he is running point.

We understand what you are seeking, and we are aware of what the Court ordered. We appreciate your professional courtesy on not opposing the request for a brief extension.

Enjoy the holiday weekend - Erick

[Quoted text hidden]

---

**Anthony Paronich** <anthony@paronichlaw.com>     Tue, Jan 20, 2026 at 11:31 AM
To: Erick Kuylman <Erick@saltlawgroup.com>
Cc: Kevin Jacoby <Kevin@saltlawgroup.com>, Andrew Perrong <a@perronglaw.com>

Hello, Erick. We wanted to write on two issues. First, we extended our sanctions deadline so we can process the supplement before filing. We'd like to extend that again to a week after your supplement. Is that fine?

Relatedly, we haven't really been able to engage in any discovery for obvious reasons. With the deadlines coming up, we'd like to start by extending them by 4 months. I imagine your client would like to join that motion, but let me know.


----
Anthony Paronich

Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

[Quoted text hidden]

---

**Kevin Jacoby** <Kevin@saltlawgroup.com>     Tue, Jan 20, 2026 at 11:46 AM
To: Anthony Paronich <anthony@paronichlaw.com>, Erick Kuylman <Erick@saltlawgroup.com>
Cc: Andrew Perrong <a@perronglaw.com>

Anthony:

No objection to the motion to extend the sanctions deadline. We will join the motion to extend the discovery and other case management deadlines.



**Kevin Jacoby** | Attorney

T: 503.417.7777
F: 503.214.8816
E: Kevin@SaltLawGroup.com

SaltLawGroup.com

**Confidentiality Notice:**
This message and any accompanying attachments contains confidential communications and privileged information. If you have received this communication in error, please notify me and delete the original and all copies from your system.

[Quoted text hidden]

---

**Anthony Paronich** <anthony@paronichlaw.com>     Wed, Jan 21, 2026 at 12:34 PM
To: Kevin Jacoby <Kevin@saltlawgroup.com>
Cc: Erick Kuylman <Erick@saltlawgroup.com>, Andrew Perrong <a@perronglaw.com>

Hey, Kevin. Could you all please provide any redlines and otherwise sign the attached? We will then file.

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

[Quoted text hidden]

 **MAH -- Joint Motion to Extend Deadlines.docx**
48K

---

**Kevin Jacoby** <Kevin@saltlawgroup.com>　　　　　　　　　　　　　　　　Wed, Jan 21, 2026 at 12:38 PM
To: Anthony Paronich <anthony@paronichlaw.com>
Cc: Erick Kuylman <Erick@saltlawgroup.com>, Andrew Perrong <a@perronglaw.com>, Andrew Shute <Andrew@saltlawgroup.com>

Thanks, Anthony. I have no edits. We will add my signature block and get it back to you as soon as possible.

[Quoted text hidden]

---

**Andrew Shute** <Andrew@saltlawgroup.com>　　　　　　　　　　　　　　　　Wed, Jan 21, 2026 at 12:52 PM
To: Anthony Paronich <anthony@paronichlaw.com>
Cc: Kevin Jacoby <Kevin@saltlawgroup.com>, Erick Kuylman <Erick@saltlawgroup.com>, Andrew Perrong <a@perronglaw.com>

Anthony,

A copy containing Kevin's signature block is attached.



**Andrew Shute** | Litigation Specialist

T: 503.417.7777
F: 503.214.8816
E: Andrew@SaltLawGroup.com

SaltLawGroup.com

**Confidentiality Notice:**
This message and any accompanying attachments contains confidential communications and privileged information. If you have received this communication in error, please notify me and delete the original and all copies from your system.

[Quoted text hidden]

---

 **MAH -- Joint Motion to Extend Deadlines.docx**
44K

---

**Andrew Perrong** <a@perronglaw.com>                                    Wed, Jan 21, 2026 at 3:10 PM
To: Andrew Shute <Andrew@saltlawgroup.com>
Cc: Anthony Paronich <anthony@paronichlaw.com>, Kevin Jacoby <Kevin@saltlawgroup.com>, Erick Kuylman <Erick@saltlawgroup.com>

Thanks. Attached is a subpoena response we received and another subpoena we are issuing.
[Quoted text hidden]

---

**3 attachments**

 **33048163_CHET MICHAEL WILSON VS. MAH GROUP INC._Subpoena.pdf**
235K

 **1.20.2026-Chet Michael Wilson vs. Mah Group, Inc_Subpoena Response.pdf**
186K

 **KLAVIYO Subpoena MAH.pdf**
710K