Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Attorney for Plaintiff and the Proposed Class

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>　　　　Plaintiff<br><br>vs.<br><br>MAH Group, Inc.<br><br>　　　　Defendant. | Case No. 6:25-cv-00855-MTK<br><br>DECLARATION OF ANTHONY PARONICH IN FURTHER SUPPORT OF MOTION FOR ATTORNEY'S FEES AND OTHER SANCTIONS<br>TCPA (47 U.S.C. § 227) |

**DECLARATION OF ANTHONY PARONICH IN FURTHER SUPPORT OF MOTION FOR ATTORNEY'S FEES AND OTHER SANCTIONS**

I, Anthony I. Paronich, declare under penalty of perjury:

　　1. I make this declaration in support of Plaintiff's Motion for Attorney's Fees. Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so.

　　2. I am an attorney duly admitted to practice in the Commonwealth of Massachusetts, I am over 18 years of age, and I am competent to testify and make this affidavit on personal knowledge. I have extensive experience in the prosecution of class actions on behalf of consumers, particularly claims under the TCPA.

3. I am a 2010 graduate of Suffolk Law School. In 2010, I was admitted to the Bar in Massachusetts. Since then, I have been admitted to practice before the Federal District Court for the District of Massachusetts, the Northern District of Illinois, the Eastern District of Michigan, the Western District of Wisconsin, the Southern District of Indiana, the First Circuit Court of Appeals, the Seventh Circuit Court of Appeals, and the Ninth Circuit Court of Appeals. From time to time, I have appeared in other State and Federal District Courts *pro hac vice*.

3. I spent an additional 8.0 hours preparing Plaintiff's Reply In Support of Motion for Attorney's Fees and Sanctions in this matter.

4. At my hourly rate of $750, the total amount sought for the preparation of the Reply is $6,000 (8.0 hours × $750/hour).

5. My hourly rate of $750 is consistent with rates approved for experienced TCPA class action counsel in federal courts and reflects my fifteen years of focused experience litigating complex TCPA class actions nationwide.

PURSUANT TO 28 U.S.C. § 1746, I DECLARE UNDER PENALTY OF PERJURY OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED THIS 6TH DAY OF MARCH 2025 IN THE COMMONWEALTH OF MASSACHUSETTS.


Anthony Paronich (Mar 6, 2026 19:11:46 EST)

Anthony I. Paronich

Dec. Supp. Mot. Sanctions                 2