**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON**

| | | |
|---|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated, | : : : | CIVIL ACTION FILE NO. 6:25-cv-00855-MTK |
| Plaintiff, | : : | |
| v. | : : | |
| MAH GROUP, INC. D/B/A WOLFPAK | : : | |
| Defendant. | : : / | |

## DECLARATION OF ANDREW ROMAN PERRONG

I, Andrew Roman Perrong, declare under penalty of perjury:

1.  I make this declaration in support of Plaintiff's Motion for Attorney's Fees. Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so.

2.  I am an attorney duly admitted to practice in the Commonwealth of Pennsylvania and the State of Oregon, I am over 18 years of age, and I am competent to testify and make this affidavit on personal knowledge.  I have extensive experience in the prosecution of class actions on behalf of consumers, particularly claims under the TCPA.

3.  I am a 2023 graduate of Temple University Law School, having graduated at the top of my class. In 2023, I was admitted to the Bar in Pennsylvania and in Oregon in 2024. Since then, I have been admitted to practice before multiple Federal District Courts, including for the Eastern District and Middle District of Pennsylvania, the District of Oregon, all Texas Federal Courts, and the Northern District of Illinois. I have also been admitted to practice before the Second and Third Circuit Courts of Appeals. From time to time, I have appeared in

other State and Federal District Courts *pro hac vice*. I am in good standing in every court to which I am admitted to practice.

4. In 2023, I started Perrong Law LLC, focused on protecting consumers in class action lawsuits.

5. So far, I have been appointed class counsel in the certified class action of *Aley v. LightFire Partners, LLC*, 5:22-cv-00330, which resulted in an individual settlement after class approval because of financial concerns surrounding the Defendant, and after Defendant's unsuccessful attempt at an interlocutory appeal, for which I was counsel on the brief.

6. I was also appointed class counsel in the certified class action of *Ryan et al. v. Wilshire Law Firm, P.L.C.*, 2025-022621-CA-01, (Eleventh Jud. Cir. Miami Dade Cnty, Fl.), which has been granted preliminary approval and is pending final approval.

7. My appointment as class counsel is currently pending in *Bond v. Folsom Ins. Agency LLC*, No. 3:24-cv-02551-L (N.D. Tex.).

8. I spent 8.5 hours preparing Plaintiff's Second Motion for Sanctions and the associated briefing and supporting materials in this matter.

9. At my hourly rate of $485, the total amount sought for the preparation of the Second Motion for Sanctions is $4,122.50 (8.5 hours × $485/hour).

10. The time reflected above does not include both my and Mr. Paronich's time spent preparing for or participating in multiple discovery conferences with defense counsel related to Defendant's deficient discovery responses or the motion.

11. My hourly rate of $485 is consistent with rates approved for experienced TCPA class action counsel in federal courts and reflects my focused experience litigating complex

TCPA class actions nationwide.[1]


PURSUANT TO 28 U.S.C. § 1746, I DECLARE UNDER PENALTY OF PERJURY OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT

EXECUTED THIS 31ST DAY OF MAY IN THE UNITED STATES OF AMERICA.

*/s/ Andrew R. Perrong*
Andrew R. Perrong

---

[1] This amount is in line with the median rate for general practice, business/corporate litigation, and plaintiff civil litigation in Downtown Portland based on the 2022 Economic Survey, which are $420, $450, and $410 an hour, respectively.