Kevin J. Jacoby, OSB No. 063783
Email: kevin@saltlawgroup.com
Neal S. Shechter, OSB No. 185119
Email: neal@saltlawgroup.com
SALT
100 SW Main St, Ste 1025
Portland, OR  97204
Phone: 503.417.7777

*Of Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **CHET MICHAEL WILSON**, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>       v.<br><br>**MAH GROUP, INC. D/B/A WOLFPACK**,<br><br>       Defendant, | Case No. 6:25-cv-00855-MTK<br><br>DECLARATION OF ALAN BIRCH IN SUPPORT OF DEFENDANT'S MOTION FOR RULE 11 SANCTIONS |

I, Alan Birch, hereby declare and state as follows:

1. I am the in-house counsel for Yotpo and I have personal knowledge of the information in this declaration. I am over 18 years of age and am competent to testify to the information in the declaration.

2. On January 20, 2026, a letter was sent to counsel for WolfPak stating that "the holder of phone number +1-541-█████ opted-in" to marketing messages from Wolfpak on January 1, 2025, at 23:09:56. The letter includes a typo of an unassociated number.

PAGE 1 – DECLARATION OF ALAN BIRCH IN
SUPPORT OF DEFENDANT'S MOTION
FOR RULE 11 SANCTIONS



100 SW Main Street, Suite 1025
Portland, OR 97204
T: 503.417.7777  F: 503.214.8816

3. Counsel for Wolkpak requested that I confirm that this opt-in record dated January 1, 2025, for the holder of phone number +1-541-███████ is associated with the IP address of 73.240█████. We have confirmed that to be the case.

4. The screenshot included below is a query of Yotpo's internal Customer Data Platform (CDP). A CDP is an advanced customer data management solution consisting of a centralized customer database platform with the ability to ingest, integrate, manage, activate, orchestrate, and deliver customer data to other technology solutions to personalize the customer experience at scale.

[POST]  https://cdp-http-default.yotpo.xyz/cxs/yotpoProfiles/search

{
"offset": 0,
"limit": 100,
"condition": {
"type": "yotpoCondition",
"parameterValues": {
"storeId": "vCVHsroIklpsA0AqWFV3rIQzHP3atMuQ7MK70QLf",
"conditions": [
{
"type": "profilePropertyCondition",
"parameterValues": {
"propertyName": "properties.phone",
"comparisonOperator": "equals",
"propertyValue": " +154████████ "
}
}
],
"operator": "and"
}
}
}

5. Yotpo's CDP can only be accessed internally. For the holder of phone number +1541█████, the data was queried by making the HTTP request in the screenshot

PAGE 2 – DECLARATION OF ALAN BIRCH IN
SUPPORT OF DEFENDANT'S MOTION
FOR RULE 11 SANCTIONS



Salt
100 SW Main Street, Suite 1025
Portland, OR 97204
T: 503.417.7777  F: 503.214.8816

image above.

6.  The query that is described in the screenshot above produced the response attached hereto

as **Exhibit A**, including metadata. Exhibit A includes a true and full copy of the results of

this query.

7.  **Exhibit A** demonstrates that the phone number +1541 ███████ 's utilized the IP address

of 73.240. ██████ at the opt-in event on January 1, 2025. Yotpo's collection of IP Address

information occurs specifically at opt-in, and not at the time of subsequent outgoing SMS

message delivery.


I declare under penalty of perjury that the foregoing is true and correct.

DATED: April 1, 2026 _____

DocuSigned by:

*Alan Birch*

81E0EA6AB1DD4BD... _____

Alan Birch

PAGE 3 – DECLARATION OF ALAN BIRCH IN
SUPPORT OF DEFENDANT'S MOTION
FOR RULE 11 SANCTIONS

{"list":[{"itemId":"225de67b8a0fe43f5f0ae328f938a974","itemType":"profile","version":54,"properties":{"lastName":"Rosins","lastKnownIp":"73.240█████","emailSubscriptionSources":[{"id":"signup","since":"2022-06-04T23:27:26.970Z"}],"emailMarketing":{"lastUnsubscribed":"2025-08-12T09:32:35.666000Z","subscriptionSources":[{"id":"form_298153","since":"2024-04-12T00:58:48.280000Z"}],"lastSubscribed":"2025-06-14T16:32:32.913000Z","lists":[{"id":"3657724","since":"2024-04-12T00:58:48.280Z"},{"id":"8952508","since":"2024-06-27T10:01:13Z"}],"acceptsMarketing":false},"hasVerifiedEmail":true,"platform":"6213258215671","externalCreatedAt":"2022-05-11T19:10:19Z","emailSuppressed":{"reason":"GLOBAL_SUPPRESSION: The email is rejected due to hard bounce global suppression.","source":"communication_campaigns","timestamp":"2023-11-25T02:26:04.543000Z"},"createdAt":"2022-06-04T23:27:28Z","defaultCurrency":"USD","sms":{"lastUnsubscribed":"2024-12-04T09:18:14.556000Z","subscriptionSources":[{"id":"form_298153","since":"2024-10-08T13:38:57.447000Z"}],"lastSubscribed":"2025-01-02T04:09:57.296000Z","campaigns":[{"converted":null,"id":"4955198","clicked":null},{"converted":null,"id":"4962598","clicked":null},{"converted":null,"id":"4965039","clicked":null},{"converted":null,"id":"4966448","clicked":null},{"converted":null,"id":"4966973","clicked":null},{"converted":null,"id":"4976314","clicked":null},{"converted":null,"id":"4977847","clicked":null},{"converted":null,"id":"4980182","clicked":null},{"converted":null,"id":"4981956","clicked":null},{"converted":null,"id":"4984103","clicked":null},{"converted":null,"id":"4985210","clicked":null},{"converted":null,"id":"4985887","clicked":null},{"converted":null,"id":"4988770","clicked":null},{"converted":null,"id":"4991071","clicked":null},{"converted":null,"id":"4992519","clicked":null},{"converted":null,"id":"4993905","clicked":null},{"converted":null,"id":"4995802","clicked":null},{"converted":null,"id":"4996373","clicked":null},{"converted":null,"id":"5000876","clicked":null},{"converted":null,"id":"5002676","clicked":null},{"converted":null,"id":"5004495","clicked":null},{"converted":null,"id":"5007217","clicked":null},{"converted":null,"id":"5008631","clicked":null},{"converted":null,"id":"5009472","clicked":null},{"converted":null,"id":"5012783","clicked":null},{"converted":null,"id":"5014606","clicked":null},{"converted":null,"id":"5016355","clicked":null},{"converted":null,"id":"5018505","clicked":null},{"converted":null,"id":"5243766","clicked":null},{"converted":null,"id":"5244163","clicked":null},{"converted":null,"id":"5246223","clicked":null},{"converted":null,"id":"5248269","clicked":null},{"converted":null,"id":"5251251","clicked":null},{"converted":null,"id":"5252623","clicked":null},{"converted":null,"id":"5253274","clicked":null},{"converted":null,"id":"5255335","clicked":null},{"converted":null,"id":"5256438","clicked":null},{"converted":null,"id":"5258853","clicked":null},{"converted":null,"id":"5259986","clicked":null},{"converted":null,"id":"5262002","clicked":null},{"converted":null,"id":"5262565","clicked":null},{"converted":null,"id":"5267480","clicked":null},{"converted":null,"id":"5269260","clicked":null},{"converted":null,"id":"5270613","clicked":null},{"converted":null,"id":"5272024","clicked":null},{"converted":null,"id":"5274095","clicked":null},{"converted":null,"id":"5275741","clicked":null},{"converted":null,"id":"5277422","clicked":null},{"converted":null,"id":"5278501","clicked":null},{"converted":null,"id":"5280521","clicked":null},{"converted":null,"id":"5280763","clicked":null},{"converted":null,"id":"5283780","clicked":null},{"converted":null,"id":"5284436","clicked":null},{"converted":null,"id":"5285563","clicked":null},{"converted":null,"id

Exhibit A page 1

":"5287708","clicked":null},{"converted":null,"id":"5288487","clicked":null},{"converted":null,"id":"5290362","clicked":null},{"converted":null,"id":"5290103","clicked":null},{"converted":null,"id":"5291633","clicked":null},{"converted":null,"id":"5293014","clicked":null},{"converted":null,"id":"5295021","clicked":null},{"converted":null,"id":"5296036","clicked":null},{"converted":null,"id":"5297475","clicked":null},{"converted":null,"id":"5297504","clicked":null},{"converted":null,"id":"5297589","clicked":null},{"converted":null,"id":"5302185","clicked":null},{"converted":null,"id":"5302990","clicked":null},{"converted":null,"id":"5304539","clicked":null},{"converted":null,"id":"5305534","clicked":null},{"converted":null,"id":"5306355","clicked":null},{"converted":null,"id":"5307431","clicked":null},{"converted":null,"id":"5309636","clicked":null},{"converted":null,"id":"5310486","clicked":null},{"converted":null,"id":"5310958","clicked":null},{"converted":null,"id":"5310871","clicked":null},{"converted":null,"id":"5310926","clicked":null},{"converted":null,"id":"5315477","clicked":null},{"converted":null,"id":"5317242","clicked":null},{"converted":null,"id":"5318510","clicked":null},{"converted":null,"id":"5319456","clicked":null},{"converted":null,"id":"5321362","clicked":null},{"converted":null,"id":"5322267","clicked":null},{"converted":null,"id":"5323253","clicked":null},{"converted":null,"id":"5324335","clicked":null},{"converted":null,"id":"5325833","clicked":null},{"converted":null,"id":"5327252","clicked":null},{"converted":null,"id":"5327811","clicked":null},{"converted":null,"id":"5330269","clicked":null},{"converted":null,"id":"5330294","clicked":null},{"converted":null,"id":"5331544","clicked":null},{"converted":null,"id":"5333321","clicked":null},{"converted":null,"id":"5333855","clicked":null},{"converted":null,"id":"5335010","clicked":null},{"converted":null,"id":"5335891","clicked":null},{"converted":null,"id":"5335973","clicked":null},{"converted":null,"id":"5336775","clicked":null},{"converted":null,"id":"5339514","clicked":null},{"converted":null,"id":"5340438","clicked":null},{"converted":null,"id":"5341724","clicked":null},{"converted":null,"id":"5342749","clicked":null},{"converted":null,"id":"5345677","clicked":true}],"flows":[{"converted":null,"id":"1642589","clicked":true},{"converted":null,"id":"1622619","clicked":null},{"converted":null,"id":"661049","clicked":true}],"lists":[{"id":"3657724","since":"2024-10-08T13:38:57.447000Z"}],"lastSent":"2025-08-19T22:03:01Z","lastEngaged":"2026-03-01T19:08:48Z","acceptsMarketing":true,"initialSource":{"id":"subscription_form","since":"2025-01-02T04:09:56.000000Z"}},"platformName":"Shopify","derived":{"emailDomain":"gmail.com","emailProvider":"Google","locationTags":[],"geoPointLocation":{"lon":-122.118,"lat":47.669}},"firstVisit":"2022-06-04T23:27:26Z","email":"no@gmail.com","acceptsEmailMarketing":true,"updatedAt":"2026-03-01T19:08:48Z","loyalty":{"vipLastChange":"EARNED","vipTierDescription":"$0","optInDate":"2024-10-08T13:39:07Z","pointsBalance":0,"nextPointsExpireOn":"2025-10-08","vipEntryDate":"2025-05-13T12:15:42Z","pointsExpireDate":"2025-10-08T00:00:00Z","vipStatsNeededNext":{"campaignsNeeded":[],"referralsNeeded":0,"amountCentsNeeded":25000,"amountCentsNeededInCustomerCurrency":25000,"purchasesNeeded":0,"pointsNeeded":0},"hasStoreAccount":false,"lastPointsChangedReason":"unknown","pointsEarned":50,"vipExpirationDate":"1970-01-28T12:38:10Z","lastSeen":"2024-10-08T13:39:08Z","campaigns":[{"campaignType":"Sign up for SMS","awarded":true,"statusUpdatedAt":"2024-10-

08T13:39:08Z","progressPercentage":100,"id":"2652277899","status":"COMPLE
TED","progressText":"1/1"}],"creditBalanceAmount":0,"referralLinkClicked"
:0,"isOptIn":true,"vipStatsNeededMaintain":{"campaignsNeeded":[],"referra
lsNeeded":0,"amountCentsNeeded":0,"purchasesNeeded":0,"amountCentsNeededI
nCustomerCurrency":0,"pointsNeeded":0},"vipTierRank":0,"creditBalanceCust
omerCurrency":"$0","nextPointsExpireAmount":50,"vipTierName":"RECRUIT","v
ipStats":{"pointsEarned":50,"amountSpentCentsInCustomerCurrency":0,"refer
ralsCompleted":0,"purchasesMade":0,"campaignsCompleted":[],"amountSpentCe
nts":0}},"custom":{"blackcrow_query_params":"eventId=019d289d3ce609616fec
8f762db8e83a7760d462e1fdc081a7a1ae0e3b6b9df4","blackcrow_eid":"019d289d3c
e609616fec8f762db8e83a7760d462e1fdc081a7a1ae0e3b6b9df4"},"externalId":"62
13258215671","storeId":"vCVHsroIklpsA0AqWFV3rIQzHP3atMuQ7MK70QLf","predic
tions":{"engagementWithMarketingMaterial":2,"learnableAudiences":{"emailG
eneralCampaignEngagementScore":0.03899593195434093},"churnRisk":{"score":
3,"value":"Insufficient
Data"},"likelyToPurchase":{"score":1,"value":"Insufficient
Data"}},"firstName":"Taken","phone":"+1541████████","orders":{"checkouts":
[{"createdAt":"2024-11-
28T15:29:52Z","landingSiteUrl":"/","abandonedCheckoutUrl":"https://wolfpa
k.com/50912329900/checkouts/ac/Z2NwLXVzLWVhc3QxOjAxSkRTUDk1Qk40OV1NDRU42M1
Q0SEJOS1BO/recover?key=18ae99cc786faa68e7926429837860b1&locale=en-
US","id":"266e93741f042c99df75d6b914e198fc","abandoned":true},{"createdAt
":"2025-06-
15T13:47:36Z","landingSiteUrl":"/?tw_source=ig&tw_adid=120224463031670609
&utm_medium=paid&utm_id=120208464109160609_v2_s02_e109&utm_content=120224
463554590609&utm_term=120224189809450609&utm_campaign=120208464109160609&
fbclid=PAZXh0bgNhZW0BMABhZGlkAasfgz7zx1EBpyyq5wj0vQ4NMYyNazzms6hnmQUwmPdh
dOawmtHpgufj6J-J56I3ZhM26Cgz_aem_xEQ7kBm4QItW_9VMH-
g7_g&utm_source=facebook&campaign_id=120208464109160609&ad_id=12022446355
4590609","abandonedCheckoutUrl":"https://wolfpak.com/50912329900/checkout
s/ac/Z2NwLXVzLWNlbnRyYWwxOjAxSlhTWEdYVlJLTkMwOE5SSkNLNTVCODhC/recover?key
=c42d5e83f5b734dc814fda3eb690c481&locale=en-
US","id":"74c77ba06b910f350cfb4e56f85f6219","abandoned":true}]},"external
Status":"disabled","customerTags":[""],"defaultAddress":{"zip":"98052","c
ity":"Redmond
(Downtown)","countryCode":"US","state":"Washington"}},"systemProperties":
{"lastUpdated":"2026-03-
01T19:08:48Z","resolvingKeys":[{"name":"vCVHsroIklpsA0AqWFV3rIQzHP3atMuQ7
MK70QLf_platform_6213258215671","category":"primary"},{"name":"vCVHsroIkl
psA0AqWFV3rIQzHP3atMuQ7MK70QLf_phone_+1541████████","category":"current"},
{"name":"vCVHsroIklpsA0AqWFV3rIQzHP3atMuQ7MK70QLf_email_no@gmail.com","ca
tegory":"current"},{"name":"vCVHsroIklpsA0AqWFV3rIQzHP3atMuQ7MK70QLf_phon
e_+1206632████","category":"current"},{"name":"vCVHsroIklpsA0AqWFV3rIQzHP
3atMuQ7MK70QLf_phone_+1314258████","category":"current"},{"name":"vCVHsro
IklpsA0AqWFV3rIQzHP3atMuQ7MK70QLf_phone_+1523865████","category":"current
"},{"name":"vCVHsroIklpsA0AqWFV3rIQzHP3atMuQ7MK70QLf_phone_+1619236████",
"category":"current"},{"name":"vCVHsroIklpsA0AqWFV3rIQzHP3atMuQ7MK70QLf_p
hone_+1515561████","category":"other"},{"name":"vCVHsroIklpsA0AqWFV3rIQzH
P3atMuQ7MK70QLf_phone_+1514333████","category":"current"}]},"segments":[]
,"lists":[],"scores":null,"mergedWith":null,"consents":{},"storeId":"vCVH
sroIklpsA0AqWFV3rIQzHP3atMuQ7MK70QLf"}],"offset":0,"pageSize":100,"totalS
ize":1,"totalSizeRelation":"EQUAL","scrollIdentifier":null,"scrollTimeVal
idity":null,"lastSortValues":null}