**PERRONG LAW LLC**

**Andrew Perrong <a@perronglaw.com>**

---

## Wilson v. MAH Group - FRCP 11 Sanctions

13 messages

---

**Neal Shechter** <neal@saltlawgroup.com>                    Thu, Apr 2, 2026 at 3:41 PM
To: Andrew Perrong <a@perronglaw.com>, Anthony Paronich <anthony@paronichlaw.com>
Cc: Kevin Jacoby <Kevin@saltlawgroup.com>, Christin Grieser <ChristinG@saltlawgroup.com>, LegalOps <LegalOps@saltlawgroup.com>

Please see attached, sent to you as a professional courtesy ahead of the status conference so that you can meet professional and ethical obligations. Service of a motion will follow.



**Neal Shechter** | Attorney

---

T: 503.417.7777
C: 971.266.8027
E: Neal@SaltLawGroup.com

**SaltLawGroup.com**

**Confidentiality Notice:**
This message and any accompanying attachments contains confidential communications and privileged information. If you have received this communication in error, please notify me and delete the original and all copies from your system.

---

📄 **20260401 Birch Declaration ISO Sanctions.pdf**
252K

---

**Anthony Paronich** <anthony@paronichlaw.com>                    Fri, Apr 3, 2026 at 12:30 PM
To: Neal Shechter <neal@saltlawgroup.com>
Cc: Andrew Perrong <a@perronglaw.com>, Kevin Jacoby <Kevin@saltlawgroup.com>, Christin Grieser <ChristinG@saltlawgroup.com>, LegalOps <LegalOps@saltlawgroup.com>

Counsel:

Please supplement your client's discovery responses to include all communications with Yotpo regarding this lawsuit, which would include communications about this affidavit and any further efforts to retrieve data from them.


Regards,

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

[Quoted text hidden]

---

**Kevin Jacoby** <Kevin@saltlawgroup.com>                                   Fri, Apr 3, 2026 at 12:31 PM
To: Anthony Paronich <anthony@paronichlaw.com>, Neal Shechter <neal@saltlawgroup.com>
Cc: Andrew Perrong <a@perronglaw.com>, Christin Grieser <ChristinG@saltlawgroup.com>, LegalOps <LegalOps@saltlawgroup.com>


Is this a new discovery request?





**Kevin Jacoby** | Attorney

_____

T: 503.417.7777
F: 503.214.8816
E: Kevin@SaltLawGroup.com


**SaltLawGroup.com**



**Confidentiality Notice:**
This message and any accompanying attachments contains confidential communications and privileged information. If you have received this communication in error, please notify me and delete the original and all copies from your system.


[Quoted text hidden]

---

**Anthony Paronich** <anthony@paronichlaw.com>                            Fri, Apr 3, 2026 at 12:35 PM

To: Kevin Jacoby <Kevin@saltlawgroup.com>
Cc: Neal Shechter <neal@saltlawgroup.com>, Andrew Perrong <a@perronglaw.com>, Christin Grieser <ChristinG@saltlawgroup.com>, LegalOps <LegalOps@saltlawgroup.com>

No. You've already provided some of the communications with Yotpo (but clearly not all) in response to the Court's prior Order. it is responsive to Request Nos. 7, 9 and 11 to the First Set of Discovery.

If your position is that you do not need to supplement your prior response, please let us know when you can confer on Monday.

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

[Quoted text hidden]

---

**Kevin Jacoby** <Kevin@saltlawgroup.com>                                        Fri, Apr 3, 2026 at 12:42 PM
To: Anthony Paronich <anthony@paronichlaw.com>
Cc: Neal Shechter <neal@saltlawgroup.com>, Andrew Perrong <a@perronglaw.com>, Christin Grieser <ChristinG@saltlawgroup.com>, LegalOps <LegalOps@saltlawgroup.com>

We provided communications between MAH's staff and Yotpo's staff. We're going to have to draw the line at communications between MAH counsel (me, Neal, and our staff) and Yotpo's counsel, as it's clearly subject to the joint defense and work product privileges.

If you want to keep harassing us with inappropriate demands to uncover the mental impressions of defense counsel instead of dealing with the core problems of the allegations of your complaint, you're just going to make everything more expensive for you in the long run. I suggest you take a breather on this.

[Quoted text hidden]

---

**Anthony Paronich** <anthony@paronichlaw.com>                                   Fri, Apr 3, 2026 at 12:47 PM
To: Kevin Jacoby <Kevin@saltlawgroup.com>
Cc: Neal Shechter <neal@saltlawgroup.com>, Andrew Perrong <a@perronglaw.com>, Christin Grieser <ChristinG@saltlawgroup.com>, LegalOps <LegalOps@saltlawgroup.com>

Counsel:

We'll continue to note your unfortunate tone in the communications about this case. While you may feel comfortable telling us to "take a breather", we'll instead be looking for your Rule 26 privilege log next week or we will seek judicial intervention.

Regards,

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018

[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

[Quoted text hidden]

---

**Kevin Jacoby** <Kevin@saltlawgroup.com>                                                   Fri, Apr 3, 2026 at 1:18 PM
To: Anthony Paronich <anthony@paronichlaw.com>
Cc: Neal Shechter <neal@saltlawgroup.com>, Andrew Perrong <a@perronglaw.com>, Christin Grieser <ChristinG@saltlawgroup.com>, LegalOps <LegalOps@saltlawgroup.com>

Mr. Paronich:

I'm not sure what "unfortunate tone" you're reading into my email, but I assure you my tone is intended to encourage you to approach your discovery demands with a bit more circumspection, particularly when the factual basis for your claim is nonexistent and your duty to withdraw the claim has long ago been triggered. You might recall that the question of the ownership of IP address 73.240.███ on January 1, 2025 has been on the table for almost 50 days now. This is not only an FRCP 11 issue, it is also a 28 USC 1927 issue in how you continue to prosecute this case. As it stands, your reply in support of your motion for discovery sanctions, and your second motion for sanctions, are in direct violation of local rules. See LR 26(3)(b) and (c). You have violated the court's case management order by refusing to utilize Judge Kasubhai's informal discovery resolution process, and now you are making demands for production that are clearly privileged. Honestly, I'd be more worried about my own tone if I were you.

To the extent that Judge Kasubhai wishes to have a telephone status conference to discuss our present informal dispute resolution request, we can discuss your new demand for a privilege log then. Otherwise, we will await Judge Kasubhai's direction and proceed accordingly.

Have a great weekend.

[Quoted text hidden]

---

**Andrew Perrong** <a@perronglaw.com>                                                      Mon, Apr 6, 2026 at 11:02 AM
To: Kevin Jacoby <Kevin@saltlawgroup.com>
Cc: Anthony Paronich <anthony@paronichlaw.com>, Neal Shechter <neal@saltlawgroup.com>, Christin Grieser <ChristinG@saltlawgroup.com>, LegalOps <LegalOps@saltlawgroup.com>

Counsel,

We intend to file an informal discovery dispute resolution request with Judge Kasubhai with respect to your failure to supplement communications with Yotpo or produce a privilege log responsive to Requests No. 7, 9 and 11 to the First Set of Discovery. Please let us know some times that work today or tomorrow.
[Quoted text hidden]

---

**Neal Shechter** <neal@saltlawgroup.com>                                                   Tue, Apr 7, 2026 at 11:35 AM
To: Andrew Perrong <a@perronglaw.com>, Kevin Jacoby <Kevin@saltlawgroup.com>
Cc: Anthony Paronich <anthony@paronichlaw.com>, Christin Grieser <ChristinG@saltlawgroup.com>, LegalOps <LegalOps@saltlawgroup.com>

Counsel please let us know if you will stipulate to the attached form of order.



**Neal Shechter** | Attorney

T: 503.417.7777
C: 971.266.8027
E: Neal@SaltLawGroup.com

**SaltLawGroup.com**

**Confidentiality Notice:**
This message and any accompanying attachments contains confidential communications and privileged information. If you have received this communication in error, please notify me and delete the original and all copies from your system.

**From:** Andrew Perrong <a@perronglaw.com>
**Sent:** Monday, April 6, 2026 8:02 AM
**To:** Kevin Jacoby <Kevin@saltlawgroup.com>
**Cc:** Anthony Paronich <anthony@paronichlaw.com>; Neal Shechter <neal@saltlawgroup.com>; Christin Grieser <ChristinG@saltlawgroup.com>; LegalOps <LegalOps@saltlawgroup.com>
**Subject:** Re: Wilson v. MAH Group - FRCP 11 Sanctions

Counsel,

We intend to file an informal discovery dispute resolution request with Judge Kasubhai with respect to your failure to supplement communications with Yotpo or produce a privilege log responsive to Requests No. 7, 9 and 11 to the First Set of Discovery. Please let us know some times that work today or tomorrow.

[Quoted text hidden]

 **20260401 Proposed Order for Comcast Subpoena.docx**
32K

---

**Kevin Jacoby** <Kevin@saltlawgroup.com>                          Tue, Apr 7, 2026 at 12:20 PM

To: Andrew Perrong <a@perronglaw.com>
Cc: Anthony Paronich <anthony@paronichlaw.com>, Neal Shechter <neal@saltlawgroup.com>, Christin Grieser <ChristinG@saltlawgroup.com>, LegalOps <LegalOps@saltlawgroup.com>

I can be available for a call today after 3 pm or any time tomorrow 9 am - 4:30 pm.



**Kevin Jacoby** | Attorney

_____

T: 503.417.7777
F: 503.214.8816
E: Kevin@SaltLawGroup.com

**SaltLawGroup.com**

**Confidentiality Notice:**
This message and any accompanying attachments contains confidential communications and privileged information. If you have received this communication in error, please notify me and delete the original and all copies from your system.

[Quoted text hidden]

---

**Andrew Perrong** <a@perronglaw.com>                    Tue, Apr 7, 2026 at 12:21 PM
To: Kevin Jacoby <Kevin@saltlawgroup.com>
Cc: Anthony Paronich <anthony@paronichlaw.com>, Neal Shechter <neal@saltlawgroup.com>, Christin Grieser <ChristinG@saltlawgroup.com>, LegalOps <LegalOps@saltlawgroup.com>

Let's say 3:30 today.
[Quoted text hidden]

---

**Andrew Perrong** <a@perronglaw.com>                    Tue, Apr 7, 2026 at 12:36 PM
To: Neal Shechter <neal@saltlawgroup.com>
Cc: Kevin Jacoby <Kevin@saltlawgroup.com>, Anthony Paronich <anthony@paronichlaw.com>, Christin Grieser <ChristinG@saltlawgroup.com>, LegalOps <LegalOps@saltlawgroup.com>

This is acceptable.
[Quoted text hidden]

---

**Andrew Perrong** <a@perronglaw.com>                    Tue, Apr 7, 2026 at 3:51 PM
To: Kevin Jacoby <Kevin@saltlawgroup.com>
Cc: Anthony Paronich <anthony@paronichlaw.com>, Neal Shechter <neal@saltlawgroup.com>, Christin Grieser <ChristinG@saltlawgroup.com>, LegalOps <LegalOps@saltlawgroup.com>

We also intend to seek leave to file as supplemental material to Plaintiff's first motion for sanctions the Birch Declaration. We would also like to discuss the same on our call.

On Tue, Apr 7, 2026 at 12:21 PM Andrew Perrong <a@perronglaw.com> wrote:
> Let's say 3:30 today.

[Quoted text hidden]