Kevin J. Jacoby, OSB No. 063783
Email: kevin@saltlawgroup.com
Neal S. Shechter, OSB No. 185119
Email: neal@saltlawgroup.com
SALT
100 SW Main St, Ste 1025
Portland, OR  97204
Phone: 503.417.7777

*Of Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

|  |  |
|---|---|
| **CHET MICHAEL WILSON**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**MAH GROUP, INC. D/B/A WOLFPAK**,<br><br>Defendant, | Case No. 6:25-cv-00855-MTK<br><br>**DECLARATION OF NEAL SHECHTER IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S SECOND MOTION FOR ATTORNEY'S FEES AND OTHER SANCTIONS** |

I, Neal Shechter, hereby declare and state as follows:

1.     I am one of the attorneys for Defendant MAH Group, Inc. d/b/a WolfPak ("Defendant") in this matter and I have personal knowledge of the information in this declaration. I am over 18 years of age and competent to testify to the information in this declaration. I make this declaration in support of Defendant's Opposition to Plaintiff's Second Motion for Attorneys' Fees and Other Sanctions.

2.     Since this law firm appeared as counsel for Defendant, Defendant has been

PAGE 1 – DECLARATION OF NEAL SHECHTER IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S SECOND MOTION FOR ATTORNEY'S FEES AND OTHER SANCTIONS



100 SW Main Street, Suite 1025
Portland, OR 97204

T: 503.417.7777  F: 503.214.8816

cooperative and diligent in responding to all requests and has provided significant discovery to Plaintiff including contacting nonparty vendors and producing at least 560 pages of discovery including evidence of how Defendant received consent from consumers and multiple lengthy spreadsheets of messages sent by nonparty marketing vendors, Yotpo and Klaviyo.

3. Defendant provided Plaintiff with records that Plaintiff consented to receiving the text messages at issue in the Complaint and that Yotpo, Inc. does not use an ATDS system. A true and accurate copy of the record is attached as Exhibit A, MAH000001-MAH000002.

4. Defendant provided Plaintiff with records that an individual at IP address 73.240.49.37 signed up for 541-XXX-9999 to receive marketing messages via Yotpo. Plaintiff's Counsel denied the IP address was Plaintiff's, however Plaintiff subsequently admitted it was. True and accurate copies are attached as Exhibit B, Email Conversation between Counsel and Exhibit C, Plaintiff's RFA Response.

5. Defendant requested a stay to address the consent issue and the lack of veracity in the allegations in the Complaint and Plaintiff refused.

6. Defendant's Counsel repeatedly requested that Plaintiff's Counsel identify with particularity what records from Yotpo were being requested, but Plaintiff refused. Plaintiff instead asserted that Defendant has control over all of Yotpo's records and that unspecified records in response to RFP 17 had not been produced. A true and accurate copy of the email discovery conversation between counsel is attached as Exhibit D, Counsel Discovery Emails.

7. A true and accurate copy of the Declaration of Alan Birch, Yotpo's in-house counsel, is attached as Exhibit E, Birch Declaration.

8. Since providing the Birch Declaration to Plaintiff's Counsel on April 2, 2026, Plaintiff has filed a Request to Supplement Plaintiff's First Motion for Sanctions, demanded

PAGE 2 – DECLARATION OF NEAL SHECHTER IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S SECOND MOTION FOR ATTORNEY'S FEES AND OTHER SANCTIONS

Salt

100 SW Main Street, Suite 1025
Portland, OR 97204

T: 503.417.7777  F: 503.214.8816

privileged communications, and requested an additional Informal Discovery Conference with the

presiding judge.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON: April 14, 2026

Neal Shechter

PAGE 3 – DECLARATION OF NEAL SHECHTER IN SUPPORT
OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S SECOND
MOTION FOR ATTORNEY'S FEES AND OTHER SANCTIONS

## CERTIFICATE OF SERVICE

I hereby certify that I served the attached **DECLARATION OF NEAL SHECHTER IN**

**SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S SECOND MOTION**

**FOR ATTORNEY'S FEES AND OTHER SANCTIONS** on the following:

Anthony I. Paronich
Email: anthony@paronichlaw.com
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043

Andrew R Perrong
Email: a@perronglaw.com
Perrong Law LLC
2657 Mt. Carmel Ave.
Glenside, PA 19038

by the following indicated method(s):

☒    by **e-service** through filing the document with the Court's CM/ECF system.

☐    by **emailing** full, true, and correct copies thereof to said attorney to the email address noted above, which is the last known email address for said attorney, on the date set forth below.

☐    by causing full, true and correct copies thereof to be **mailed** to the attorney(s) at the attorney(s) last-known office address(es) listed above on the date set forth below.

DATED: April 14, 2026                    **SALT**


By: */s/ Kevin J. Jacoby*
  Kevin J. Jacoby, OSB No. 063783
  Email: kevin@saltlawgroup.com
  Neal S. Shechter, OSB No. 185119
  Email: neal@saltlawgroup.com
  *Of Attorneys for Defendant*

PAGE 1 – CERTIFICATE OF SERVICE