**yotpo.**

Dear Mr. Michael Henderson

Founder & CEO

Mah Group, Inc. (DBA Wolfpak) ("**Company**").

RE: <u>**TCPA SMS CLAIM**</u>

We are following up with you regarding the claim from the holder of phone number +1-541-999-9999 (the "**Claimant**"), arguing that the Company violated the TCPA by sending SMS text messages.

We sincerely appreciate you bringing these concerns to our attention. Here at Yotpo, we take compliance very seriously and collaborate with our clients and partners to protect the rights of their customers and ensure the best possible consumer experience.

For a text message to violate the TCPA, it must have been initiated using an Automatic Telephone Dialing System ("**ATDS**") without the recipient's consent[1]. Systems that send text messages to existing lists of telephone numbers do not meet the definition of ATDS. Because Yotpo utilizes existing lists of telephone numbers provided by customers – and does not utilize a random or sequential number generator – Yotpo's system is not an ATDS as a matter of law. Accordingly, text messages initiated using Yotpo are not subject to the TCPA.

Furthermore, we confirm that Claimant subscribed to the Company's SMS campaign in a compliant manner in accordance with the TCPA requirements. As described in detail in **Exhibit A**, we have records of the logs and proof of Claimant's opt-in into your Company SMS campaign.

For the reasons set forth above and considering that (i) Yotpo's system is not an ATDS; and (ii) the Company has obtained the required opt-in consents in accordance with the TCPA, the current claim is baseless and any lawsuit based on such a claim would be frivolous.

If you have any questions or need additional information, please let us know.

DocuSigned by:

*Alan Birch*

81E0EA6AB1DD4BD...

Alan Birch
Director, Legal

---

[1] The United State Supreme Court addressed the definition of ATDS in a case called *Facebook v. Duguid* (592 U.S. ___ ) (2021). There, the Supreme Court found that only systems that utilize random or sequential number generators as part of the messaging process can constitute an ATDS.

**Exhibit A**

**Opt-in data**

The holder of phone number **+1-541-999-9999** opted-in on 2025-01-01 at 23:09:56 New York Time through the subscription form.

**Form of subscription**

Screenshot of subscription form Claimant used to subscribe by phone number +1-513-497-8392 at the time stated above:



Highlight of the compliance language displayed in the form as can be seen in the screenshot:

*By signing up via text you agree to receive recurring automated marketing messages and shopping cart reminders at the phone number provided. Consent is not a condition of purchase. Reply STOP to unsubscribe. HELP for help. Msg & Data rates may apply. View Privacy Policy & ToS*

**Message history**

PFA attached doc with all the messages sent to Claimant from the moment they subscribed until 2025-05-12 (they are still subscribed), including the date and time of each message and its copy. The message timestamps are in UTC.

**Opt-out data**

Claimant is still subscribed (has not opted out).