Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Attorney for Plaintiff and the Proposed Class

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**
**EUGENE DIVISION**

CHET MICHAEL WILSON, individually and on behalf of a class of all persons and entities similarly situated,

      Plaintiff

vs.

MAH Group, Inc.

      Defendant.

Case No. 6:25-cv-00855-MTK

RESPONSE TO DEFENDANT'S FIRST REQUESTS FOR ADMISSION
TCPA (47 U.S.C. § 227)

## RESPONSE TO
## DEFENDANT'S FIRST REQUESTS FOR ADMISSION

Plaintiff, by and through undersigned counsel, submits the following Response to Defendant's First Request for Admission pursuant to Rule 36 of the Federal Rules of Civil Procedure. Plaintiff expressly reserves all objections, including but not limited to relevance, overbreadth, undue burden, vagueness, ambiguity, attorney–client privilege, and the attorney work-product doctrine. Plaintiff further reserves the right to supplement, modify, or amend these responses as discovery proceeds and additional facts are developed.

EXHIBIT C
Page 1 of 3

## RESPONSES TO REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:** Admit that you have utilized IP address 73.240.49.37 on a device that you currently or previously owned or had in your possession.

**RESPONSE:** Plaintiff objects to the extent that the request is not relevant to any party's claim or defense or proportional to the needs of the case other than the telephone numbers or contacts at issue in this case. Plaintiff objects in that this request seeks information that is not relevant to any claim or defense, which cannot be proven through an admission, denial, or qualified denial, and which is further outside the scope of the discovery ordered by the Court. Plaintiff objects to this Request as vague and ambiguous as it does not specify a time frame for which it seeks an admission. Plaintiff further objects insofar as this request is technologically unsound, as IP addresses are associated with connections, not devices, and insofar as the request does not account for network address translation. The Plaintiff objects insofar as this request seeks disclosure of the contents of attorney-client communications, common interest privilege, communications with experts, and/or trial preparation materials. The Plaintiff further objects in that he is without sufficient information to provide a complete response to this Request, insofar as the Plaintiff does not maintain records of every IP address which he was assigned, nor the duration and time periods during which they were assigned. However, to the best of the Plaintiff's knowledge, and upon a review of records applicable to him, the Plaintiff Admits that this was an IP address assigned to Plaintiff on January 30, 2025, based on the documents available to him. Insofar as the Plaintiff lacks personal knowledge of the fact sought to be admitted for other dates or times as he has no record of the same, the Plaintiff cannot in good faith respond by admission, denial, or qualified denial.

Response to RFA                                    2

**EXHIBIT C**
**Page 2 of 3**

Dated: March 27, 2026

> s/Andrew Roman Perrong
> Andrew Roman Perrong, OSB No. 243320
> a@perronglaw.com
> Perrong Law LLC
> 2657 Mount Carmel Avenue
> Glenside, PA 19038
> 215-225-5529
> *Lead Attorney for Plaintiff and the Proposed Class*

### CERTIFICATE OF SERVICE

I certify that I emailed a copy of the foregoing to counsel for the Defendant at Andrew Shute <Andrew@saltlawgroup.com>, Kevin Jacoby <Kevin@saltlawgroup.com>, Neal Shechter <neal@saltlawgroup.com>, Christin Grieser <ChristinG@saltlawgroup.com>, LegalOps <LegalOps@saltlawgroup.com>

I further certify that I mailed a copy of the foregoing to:

Neal Shechter
Salt Law Group
100 SW Main St, Ste 1025
Portland, OR 97204

Dated: March 27, 2026

> */s/ Andrew Roman Perrong*
> Andrew Roman Perrong, OSB No. 243320
> a@perronglaw.com
> Perrong Law LLC
> 2657 Mount Carmel Avenue
> Glenside, PA 19038
> 215-225-5529
> Lead Attorney for Plaintiff and the Proposed Class

Response to RFA                          3

**EXHIBIT C**
**Page 3 of 3**