Outlook

---

## RE: Outstanding Discovery Deficiencies - Wilson v. MAH Group

---

**From** Neal Shechter <neal@saltlawgroup.com>

**Date** Tue 3/31/2026 10:21 AM

**To** Andrew Perrong <a@perronglaw.com>

**Cc** Anthony Paronich <anthony@paronichlaw.com>; anthony cartee <acartee@ac-legal.com>; Kevin Jacoby <Kevin@saltlawgroup.com>; LegalOps <LegalOps@saltlawgroup.com>; Christin Grieser <ChristinG@saltlawgroup.com>

You have deliberately misquoted me. Your threat to file a motion because we have not read your mind about what additional records you want from a third party is ridiculous and a waste of the Court's resources. Fortunately, because this action will be dismissed and because you continued to pursue it based on dishonest representations and continue to pursue it without a good faith basis, my client will recover significant pecuniary damages against your firm. And that is what was truthfully conveyed to you during our call. Whether additional disciplinary action should result is not for me to say.

**Salt**

**Neal Shechter** | Attorney

---

T: 503.417.7777
C: 971.266.8027
E: Neal@SaltLawGroup.com

**SaltLawGroup.com**

**Confidentiality Notice:**
This message and any accompanying attachments contains confidential communications and privileged information. If you have received this communication in error, please notify me and delete the original and all copies from your system.

---

**From:** Andrew Perrong <a@perronglaw.com>
**Sent:** Tuesday, March 31, 2026 10:16 AM
**To:** Neal Shechter <neal@saltlawgroup.com>
**Cc:** Anthony Paronich <anthony@paronichlaw.com>; anthony cartee <acartee@ac-legal.com>; Kevin Jacoby <Kevin@saltlawgroup.com>; LegalOps <LegalOps@saltlawgroup.com>; Christin Grieser <ChristinG@saltlawgroup.com>
**Subject:** Re: Outstanding Discovery Deficiencies - Wilson v. MAH Group

We are requesting that you obtain from Yotpo precisely what the Court ordered to be produced in Request 17.

We will also be addressing your use of profanity during our meet and confer call, including your contention that "[we're] fucked" and that our position that such records are within your

possession, care, custody and control because you have demonstrated an ability to obtain such records from Yotpo as "the stupidest fucking thing you've ever heard."

On Tue, Mar 31, 2026 at 1:12 PM Neal Shechter <neal@saltlawgroup.com> wrote:

Counsel, as discussed on our meet and confer call just now, please send me your exact request of Yotpo so that we can pass it along to Yotpo. Please also advise if you requested this information from Yotpo previously and what their response to the request was. Thank you.

Thank you.



**Neal Shechter** | Attorney

T: 503.417.7777
C: 971.266.8027
E: Neal@SaltLawGroup.com

**SaltLawGroup.com**

**Confidentiality Notice:**
This message and any accompanying attachments contains confidential communications and privileged information. If you have received this communication in error, please notify me and delete the original and all copies from your system.

**From:** Andrew Perrong <a@perronglaw.com>
**Sent:** Monday, March 30, 2026 10:10 AM
**To:** Neal Shechter <neal@saltlawgroup.com>
**Cc:** Anthony Paronich <anthony@paronichlaw.com>; anthony cartee <acartee@ac-legal.com>; Kevin Jacoby <Kevin@saltlawgroup.com>; LegalOps <LegalOps@saltlawgroup.com>; Christin Grieser <ChristinG@saltlawgroup.com>
**Subject:** Re: Outstanding Discovery Deficiencies - Wilson v. MAH Group

I am available then.
We can discuss further on the call, but we have not received, from any source, the metadata (i.e. the actual database record of what was submitted on the "pop up" on your client's webiste) associated with any Yotpo submission; as you indicate, the only information that you have for Type 1 consent is "The screenshots of the "opt-in" pop-up utilized by the Plaintiff were produced as MAH00001-2. Our client does not have further documents regarding consent in our client's possession and control and we do not have further documents upon which we intend to rely that have not been produced."

On Mon, Mar 30, 2026 at 1:00 PM Neal Shechter <neal@saltlawgroup.com> wrote:

I'm available tomorrow morning at 10AM PST / 1PM EST. Please advise what "metadata and underlying website submissions" you are talking about. Thanks.



**Neal Shechter** | Attorney

T: 503.417.7777
C: 971.266.8027
E: Neal@SaltLawGroup.com

**SaltLawGroup.com**

**Confidentiality Notice:**

This message and any accompanying attachments contains confidential communications and privileged information. If you have received this communication in error, please notify me and delete the original and all copies from your system.

**From:** Andrew Perrong <a@perronglaw.com>
**Sent:** Monday, March 30, 2026 9:51 AM
**To:** Neal Shechter <neal@saltlawgroup.com>
**Cc:** Anthony Paronich <anthony@paronichlaw.com>; anthony cartee <acartee@ac-legal.com>; Kevin Jacoby <Kevin@saltlawgroup.com>; LegalOps <LegalOps@saltlawgroup.com>; Christin Grieser <ChristinG@saltlawgroup.com>
**Subject:** Re: Outstanding Discovery Deficiencies - Wilson v. MAH Group

Thanks, upon review, we still intend to move as to the Yotpo data, as the metadata and underlying website submissions for each of the class members, including Plaintiff, were not produced. Let me know what time you are free to finalize our meet and confer today.

On Mon, Mar 30, 2026 at 12:28 PM Neal Shechter <neal@saltlawgroup.com> wrote:

One additional note: we will be producing by end of day screenshots of WolfPak's current "opt-in" website pop-up.



**Neal Shechter** | Attorney

T: 503.417.7777
C: 971.266.8027
E: Neal@SaltLawGroup.com

**SaltLawGroup.com**

**Confidentiality Notice:**

This message and any accompanying attachments contains confidential communications and privileged information. If you have received this communication in error, please notify me and delete the original and all copies from your system.

---

**From:** Neal Shechter
**Sent:** Monday, March 30, 2026 9:24 AM
**To:** 'Andrew Perrong' <a@perronglaw.com>
**Cc:** Anthony Paronich <anthony@paronichlaw.com>; anthony cartee <acartee@ac-legal.com>; Kevin Jacoby <Kevin@saltlawgroup.com>; LegalOps <LegalOps@saltlawgroup.com>
**Subject:** RE: Outstanding Discovery Deficiencies - Wilson v. MAH Group

Counsel,

Your recap of our conferral call stated that you would follow up last week. Instead you sent a sanctions threat and demanded immediate conferral. Please review the chain below.

That said, to the best of Defendant's knowledge, Yotpo and Klaviyo have produced directly to the Plaintiff information regarding when and how putative class members enrolled in the SMS marketing campaigns. The screenshots of the "opt-in" pop-up utilized by the Plaintiff were produced as MAH00001-2. Our client does not have further documents regarding consent in our client's possession and control and we do not have further documents upon which we intend to rely that have not been produced.

We did reach out to our client regarding the "website" information collected from customers that we discussed on our conferral call. However, after further review and investigation, we are informed that WolfPak does not utilize phone numbers provided at website checkout for marketing purposes, such numbers are only utilized to contact the customer if there is an issue or problem with their order. Thus, there are no further documents to collect/produce regarding consent from website checkouts and we have no further documents upon which we intend to rely that have not already been produced.

Please let me know if you would like to schedule a call.

Best,

Neal



**Neal Shechter** | Attorney

---

T: 503.417.7777
C: 971.266.8027
E: Neal@SaltLawGroup.com

**SaltLawGroup.com**

**Confidentiality Notice:**

This message and any accompanying attachments contains confidential communications and privileged information. If you

have received this communication in error, please notify me and delete the original and all copies from your system.

---

**From:** Andrew Perrong <a@perronglaw.com>
**Sent:** Saturday, March 28, 2026 1:39 PM
**To:** Neal Shechter <neal@saltlawgroup.com>
**Cc:** Anthony Paronich <anthony@paronichlaw.com>; anthony cartee <acartee@ac-legal.com>; Kevin Jacoby <Kevin@saltlawgroup.com>; LegalOps <LegalOps@saltlawgroup.com>
**Subject:** Re: Outstanding Discovery Deficiencies - Wilson v. MAH Group

Counsel,

We have not yet received any of the consent data. As such, we intend to file a second motion for sanctions with respect to the deficiencies in RFP 17. Although we contend that we have discharged our obligation under Local Rule 7-1, I am available on Monday to discuss if you feel that our prior conversation was inadequate.

On Tue, Mar 17, 2026 at 4:43 PM Andrew Perrong <a@perronglaw.com> wrote:

Thanks for the call.
To summarize our discussion, there exist two forms of consent data on which defendant intends to rely: information from website popup submissions (#1), and information related to customers who have purchased products on Defendant's website (#2).

Defendant contains that it does not maintain in its possession, care, custody, or control type #1 documents. Those are maintained by Yotpo.
Defendant is currently collecting documents responsive to type #2. We will reach out for an update next week as to the process of collecting and producing that information.

On Tue, Mar 17, 2026 at 4:16 PM Andrew Perrong <a@perronglaw.com> wrote:

That's fine. Thanks for the clarification. See you in 15

On Tue, Mar 17, 2026, 4:16 PM Neal Shechter <neal@saltlawgroup.com> wrote:

Apologies, I missed this. I will use your Zoom link.



**Neal Shechter** | Attorney

T: 503.417.7777
F: 503.214.8816
E: Neal@SaltLawGroup.com

**SaltLawGroup.com**

**Confidentiality Notice:**

This message and any accompanying attachments contains confidential communications and privileged information. If you have received this communication in error, please notify me and delete the original and all copies from your system.

---

**From:** Andrew Perrong <a@perronglaw.com>
**Sent:** Thursday, March 12, 2026 10:14:26 AM
**To:** Neal Shechter <neal@saltlawgroup.com>
**Cc:** Anthony Paronich <anthony@paronichlaw.com>; anthony cartee <acartee@ac-legal.com>; Kevin Jacoby <Kevin@saltlawgroup.com>; LegalOps <LegalOps@saltlawgroup.com>
**Subject:** Re: Outstanding Discovery Deficiencies - Wilson v. MAH Group

No, please see the below link:

https://zoom.us/j/96996923424?pwd=H9vZqTFkwwS741dAxuEabYc1n44cGD.1

On Thu, Mar 12, 2026 at 12:57 PM Neal Shechter <neal@saltlawgroup.com> wrote:

> Let's do 430PM EST if that works. Thanks. Do you want our office to send a call invite?



**Neal Shechter** | Attorney

---

T: 503.417.7777
C: 971.266.8027
E: Neal@SaltLawGroup.com

**SaltLawGroup.com**

**Confidentiality Notice:**

This message and any accompanying attachments contains confidential communications and privileged information. If you have received this communication in error, please notify me and delete the original and all copies from your system.

**From:** Andrew Perrong <a@perronglaw.com>
**Sent:** Wednesday, March 11, 2026 5:51 PM
**To:** Neal Shechter <neal@saltlawgroup.com>
**Cc:** Anthony Paronich <anthony@paronichlaw.com>; anthony cartee <acartee@ac-legal.com>; Kevin Jacoby <Kevin@saltlawgroup.com>; LegalOps <LegalOps@saltlawgroup.com>
**Subject:** Re: Outstanding Discovery Deficiencies - Wilson v. MAH Group

Free for the most part any time Oregon afternoon (3:00 to 8:00 Eastern).

On Wed, Mar 11, 2026 at 7:51 PM Neal Shechter <neal@saltlawgroup.com> wrote:

Counsel - what is your Tuesday 3/17 like? I'm open if you have any availability in the afternoon your time.



**Neal Shechter** | Attorney

T: 503.417.7777
F: 503.214.8816
E: Neal@SaltLawGroup.com

**SaltLawGroup.com**

**Confidentiality Notice:**

This message and any accompanying attachments contains confidential communications and privileged information. If you have received this communication in error, please notify me and delete the original and all copies from your system.

**From:** Andrew Perrong <a@perronglaw.com>
**Sent:** Wednesday, March 11, 2026 2:50:19 PM
**To:** Anthony Paronich <anthony@paronichlaw.com>; anthony cartee <acartee@ac-legal.com>; Kevin Jacoby <Kevin@saltlawgroup.com>; LegalOps <LegalOps@saltlawgroup.com>; Neal Shechter <neal@saltlawgroup.com>
**Subject:** Outstanding Discovery Deficiencies - Wilson v. MAH Group

Counsel,

Now that our motion to compel is fully briefed, we wish to meet and confer with you regarding outstanding deficiencies in the Defendant's production that the Court compelled. Specifically, we seek all evidence of consent for all putative class members under Request for Production 17 (and the corresponding part of our RFP 15 concerning consent, for similar reasons). Please let us know if you have any availability the remainder of this week or next for a meet and confer regarding these matters. To date, Defendant has not produced any evidence of purported consent to contact class members, despite the Court ordering Defendant to do so.

--

Thank you kindly,

Andrew Perrong, Esq.

Perrong Law LLC

2657 Mount Carmel Avenue

Glenside, PA 19038

215-225-5529 (CALL-LAW)