Kevin J. Jacoby, OSB No. 063783
Email: kevin@saltlawgroup.com
Neal S. Shechter, OSB No. 185119
Email: neal@saltlawgroup.com
SALT
100 SW Main St, Ste 1025
Portland, OR  97204
Phone: (503) 417-7777

*Of Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **CHET MICHAEL WILSON**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**MAH GROUP, INC. D/B/A WOLFPACK**,<br><br>Defendant, | Case No. 6:25-CV-00855-mtk<br><br>**RESPONSE IN OPPOSITION TO MOTION FOR LEAVE TO FILE SUPPLEMENTAL MATERIALS IN SUPPORT OF FIRST MOTION FOR SANCTIONS** |

Defendant MAH Group, Inc. d/b/a Wolfpak ("Defendant"), by and through undersigned

counsel, respectfully submits this Response in Opposition to Plaintiff's Motion For Leave to File

Supplemental Materials in Support of First Motion For Sanctions ("Motion for Leave").

As is noted in Plaintiff's Lr 7-1 certification[1], Defendant opposes Plaintiff's Motion for

---

[1] This certification appears at the end of the motion, under Plaintiff's counsel's signature, despite LR 7-1(a)(1)'s clear requirement that such certification be in "the first paragraph of every motion…"

PAGE 1 – **RESPONSE IN OPPOSITION TO MOTION FOR LEAVE TO FILE SUPPLEMENTAL MATERIALS IN SUPPORT OF FIRST MOTION FOR SANCTIONS**

Leave. The arguments made in the Motion for Leave bear no relation to the issues presented in Plaintiff's First Motion for Sanctions, which has been fully briefed since February 27, 2026.

Indeed, Plaintiff has already sandbagged Defendant with the filing of a 12-page Reply along with 89 pages of additional supporting materials, all in violation of LR 26-3(c) ("Unless otherwise directed by the Court, a movant may not file a reply supporting a discovery motion.") Plaintiff's First Motion for Sanctions was clearly a "discovery motion" under LR 26-3 – the motion expressly invoked Rule 37 to argue for imposition of coercive sanctions. Plaintiff's Motion for Leave seeks to compound Plaintiff's intent to overwhelm the resources of the Court and Defendant by adding an additional 6 pages of argument and 13 pages of supporting materials to a motion already impermissibly bloated with an unauthorized Reply, turning the record on what should be a modest motion for attorney fees for an unopposed motion to compel into a staggering 157 pages of argument and supporting documents.

The Court need not consider the 120 pages of filings Plaintiff has improperly inserted on the docket since the First Motion for Sanctions was fully briefed with the submission of Defendant's response to that motion, and the Court should deny the instant Motion for Leave for the same reasons. Plaintiff's counsel should be admonished to observe this court's local rules in future filings.

DATED:  April 21, 2026                **SALT**

By: */s/ Kevin J. Jacoby*
Kevin J. Jacoby, OSB No. 063783
Email: kevin@saltlawgroup.com
Neal S. Shechter, OSB No. 185119
Email: neal@saltlawgroup.com
*Of Attorneys for Defendant*

PAGE 2 – **RESPONSE IN OPPOSITION TO MOTION FOR LEAVE TO FILE SUPPLEMENTAL MATERIALS IN SUPPORT OF FIRST MOTION FOR SANCTIONS**

**Salt**
100 SW Main Street, Suite 1025
Portland Or, 97204

T: 503.417.7777  F: 503.214.8816

# CERTIFICATE OF SERVICE

I hereby certify that I served the attached **RESPONSE IN OPPOSITION TO**

**MOTION FOR LEAVE TO FILE SUPPLEMENTAL MATERIALS IN SUPPORT OF**

**FIRST MOTION FOR SANCTIONS** on the following:

Andrew Roman Perrong
PERRONG LAW LLC
2657 Mount Carmel Avenue
Glenside, PA  19038
a@perronglaw.com

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com

by the following indicated method(s):

☒　　by **e-service** through filing the document with the Court's **CM/ECF** system.

☒　　by **emailing** full, true, and correct copies thereof to said attorney to the email address noted above, which is the last known email address for said attorney, on the date set forth below.

☐　　by causing full, true and correct copies thereof to be **mailed** to the attorney(s) at the attorney(s) last-known office address(es) listed above on the date set forth below.

☐　　by causing full, true and correct copies thereof to be **hand delivered** to the attorney(s) at the attorney(s) last-known office address(es) listed above on the date set forth below.

DATED: April 21, 2026　　　　**SALT**

By: */s/ Kevin J. Jacoby*
　　Kevin J. Jacoby, OSB No. 063783
　　Email: kevin@saltlawgroup.com
　　Neal S. Shechter, OSB No. 185119
　　Email: neal@saltlawgroup.com
　　*Of Attorneys for Defendant*

PAGE 1 – CERTIFICATE OF SERVICE

**Salt**

100 SW Main Street, Suite 1025
Portland Or, 97204

T: 503.417.7777  F: 503.214.8816