

**Andrew Perrong <a@perronglaw.com>**

## Outstanding Discovery Deficiencies - Wilson v. MAH Group
23 messages

---

**Andrew Perrong** <a@perronglaw.com>                                    Wed, Mar 11, 2026 at 5:50 PM
To: Anthony Paronich <anthony@paronichlaw.com>, anthony cartee <acartee@ac-legal.com>, Kevin Jacoby <kevin@saltlawgroup.com>, LegalOps <legalops@saltlawgroup.com>, Neal Shechter <neal@saltlawgroup.com>

Counsel,

Now that our motion to compel is fully briefed, we wish to meet and confer with you regarding outstanding deficiencies in the Defendant's production that the Court compelled. Specifically, we seek all evidence of consent for all putative class members under Request for Production 17 (and the corresponding part of our RFP 15 concerning consent, for similar reasons). Please let us know if you have any availability the remainder of this week or next for a meet and confer regarding these matters. To date, Defendant has not produced any evidence of purported consent to contact class members, despite the Court ordering Defendant to do so.

--
Thank you kindly,
Andrew Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529 (CALL-LAW)

---

**Neal Shechter** <neal@saltlawgroup.com>                                    Wed, Mar 11, 2026 at 7:51 PM
To: Andrew Perrong <a@perronglaw.com>, Anthony Paronich <anthony@paronichlaw.com>, anthony cartee <acartee@ac-legal.com>, Kevin Jacoby <Kevin@saltlawgroup.com>, LegalOps <LegalOps@saltlawgroup.com>

Counsel - what is your Tuesday 3/17 like? I'm open if you have any availability in the afternoon your time.



**Neal Shechter** | Attorney

---

T: 503.417.7777
F: 503.214.8816
E: Neal@SaltLawGroup.com

**SaltLawGroup.com**

**Confidentiality Notice:**
This message and any accompanying attachments contains confidential communications and privileged information. If you have received this communication in error, please notify me and delete the original and all copies from your system.

---

**From:** Andrew Perrong <a@perronglaw.com>
**Sent:** Wednesday, March 11, 2026 2:50:19 PM
**To:** Anthony Paronich <anthony@paronichlaw.com>; anthony cartee <acartee@ac-legal.com>; Kevin Jacoby

<Kevin@saltlawgroup.com>; LegalOps <LegalOps@saltlawgroup.com>; Neal Shechter <neal@saltlawgroup.com>
**Subject:** Outstanding Discovery Deficiencies - Wilson v. MAH Group

[Quoted text hidden]

---

**Andrew Perrong** <a@perronglaw.com>                                    Wed, Mar 11, 2026 at 8:50 PM
To: Neal Shechter <neal@saltlawgroup.com>
Cc: Anthony Paronich <anthony@paronichlaw.com>, anthony cartee <acartee@ac-legal.com>, Kevin Jacoby <Kevin@saltlawgroup.com>, LegalOps <LegalOps@saltlawgroup.com>

Free for the most part any time Oregon afternoon (3:00 to 8:00 Eastern).
[Quoted text hidden]

---

**Neal Shechter** <neal@saltlawgroup.com>                               Thu, Mar 12, 2026 at 12:57 PM
To: Andrew Perrong <a@perronglaw.com>
Cc: Anthony Paronich <anthony@paronichlaw.com>, anthony cartee <acartee@ac-legal.com>, Kevin Jacoby <Kevin@saltlawgroup.com>, LegalOps <LegalOps@saltlawgroup.com>

Let's do 430PM EST if that works. Thanks. Do you want our office to send a call invite?



**Neal Shechter** | Attorney

---

T: 503.417.7777
C: 971.266.8027
E: Neal@SaltLawGroup.com

**SaltLawGroup.com**

**Confidentiality Notice:**
This message and any accompanying attachments contains confidential communications and privileged information. If you have received this communication in error, please notify me and delete the original and all copies from your system.

---

**From:** Andrew Perrong <a@perronglaw.com>
**Sent:** Wednesday, March 11, 2026 5:51 PM
**To:** Neal Shechter <neal@saltlawgroup.com>
**Cc:** Anthony Paronich <anthony@paronichlaw.com>; anthony cartee <acartee@ac-legal.com>; Kevin Jacoby

<Kevin@saltlawgroup.com>; LegalOps <LegalOps@saltlawgroup.com>
**Subject:** Re: Outstanding Discovery Deficiencies - Wilson v. MAH Group

Free for the most part any time Oregon afternoon (3:00 to 8:00 Eastern).

On Wed, Mar 11, 2026 at 7:51 PM Neal Shechter <neal@saltlawgroup.com> wrote:

Counsel - what is your Tuesday 3/17 like? I'm open if you have any availability in the afternoon your time.



**Neal Shechter** | Attorney

T: 503.417.7777
F: 503.214.8816
E: Neal@SaltLawGroup.com

**SaltLawGroup.com**

**Confidentiality Notice:**
This message and any accompanying attachments contains confidential communications and privileged information. If you have received this communication in error, please notify me and delete the original and all copies from your system.

**From:** Andrew Perrong <a@perronglaw.com>
**Sent:** Wednesday, March 11, 2026 2:50:19 PM
**To:** Anthony Paronich <anthony@paronichlaw.com>; anthony cartee <acartee@ac-legal.com>; Kevin Jacoby <Kevin@saltlawgroup.com>; LegalOps <LegalOps@saltlawgroup.com>; Neal Shechter <neal@saltlawgroup.com>
**Subject:** Outstanding Discovery Deficiencies - Wilson v. MAH Group

Counsel,

Now that our motion to compel is fully briefed, we wish to meet and confer with you regarding outstanding deficiencies in the Defendant's production that the Court compelled. Specifically, we seek all evidence of consent for all putative

class members under Request for Production 17 (and the corresponding part of our RFP 15 concerning consent, for similar reasons). Please let us know if you have any availability the remainder of this week or next for a meet and confer regarding these matters. To date, Defendant has not produced any evidence of purported consent to contact class members, despite the Court ordering Defendant to do so.

--

Thank you kindly,

Andrew Perrong, Esq.

Perrong Law LLC

2657 Mount Carmel Avenue

Glenside, PA 19038

215-225-5529 (CALL-LAW)

---

**Andrew Perrong** <a@perronglaw.com>                                    Thu, Mar 12, 2026 at 1:14 PM
To: Neal Shechter <neal@saltlawgroup.com>
Cc: Anthony Paronich <anthony@paronichlaw.com>, anthony cartee <acartee@ac-legal.com>, Kevin Jacoby
<Kevin@saltlawgroup.com>, LegalOps <LegalOps@saltlawgroup.com>

No, please see the below link:

████████████████████████████████████████████

[Quoted text hidden]

---

**Neal Shechter** <neal@saltlawgroup.com>                                 Tue, Mar 17, 2026 at 4:15 PM
To: Andrew Perrong <a@perronglaw.com>
Cc: Anthony Paronich <anthony@paronichlaw.com>, anthony cartee <acartee@ac-legal.com>, Kevin Jacoby
<Kevin@saltlawgroup.com>, LegalOps <LegalOps@saltlawgroup.com>

Apologies, I missed this. I will use your Zoom link.



**Neal Shechter** | Attorney

T: 503.417.7777
F: 503.214.8816
E: Neal@SaltLawGroup.com

**SaltLawGroup.com**

**Confidentiality Notice:**

This message and any accompanying attachments contains confidential communications and privileged information. If you have received this communication in error, please notify me and delete the original and all copies from your system.

---

**From:** Andrew Perrong <a@perronglaw.com>
**Sent:** Thursday, March 12, 2026 10:14:26 AM

[Quoted text hidden]

[Quoted text hidden]

---

**Andrew Perrong** <a@perronglaw.com>                                      Tue, Mar 17, 2026 at 4:16 PM
To: Neal Shechter <neal@saltlawgroup.com>
Cc: Anthony Paronich <anthony@paronichlaw.com>, anthony cartee <acartee@ac-legal.com>, Kevin Jacoby <Kevin@saltlawgroup.com>, LegalOps <LegalOps@saltlawgroup.com>

That's fine. Thanks for the clarification. See you in 15
[Quoted text hidden]

---

**5 attachments**

**~WRD0000.jpg**
1K



**image001.png**
9K

**image002.png**
11K

**Image.png**
11K

**~WRD0000.jpg**
1K

---

**Andrew Perrong** <a@perronglaw.com>                                      Tue, Mar 17, 2026 at 4:43 PM
To: Neal Shechter <neal@saltlawgroup.com>
Cc: Anthony Paronich <anthony@paronichlaw.com>, anthony cartee <acartee@ac-legal.com>, Kevin Jacoby <Kevin@saltlawgroup.com>, LegalOps <LegalOps@saltlawgroup.com>

Thanks for the call.
To summarize our discussion, there exist two forms of consent data on which defendant intends to rely: information from website popup submissions (#1), and information related to customers who have purchased products on Defendant's website (#2).

Defendant contains that it does not maintain in its possession, care, custody, or control type #1 documents. Those are maintained by Yotpo.
Defendant is currently collecting documents responsive to type #2. We will reach out for an update next week as to the process of collecting and producing that information.
[Quoted text hidden]

---

**Andrew Perrong** <a@perronglaw.com>                              Sat, Mar 28, 2026 at 4:38 PM
To: Neal Shechter <neal@saltlawgroup.com>
Cc: Anthony Paronich <anthony@paronichlaw.com>, anthony cartee <acartee@ac-legal.com>, Kevin Jacoby
<Kevin@saltlawgroup.com>, LegalOps <LegalOps@saltlawgroup.com>

Counsel,

We have not yet received any of the consent data. As such, we intend to file a second motion for sanctions with respect to the deficiencies in RFP 17. Although we contend that we have discharged our obligation under Local Rule 7-1, I am available on Monday to discuss if you feel that our prior conversation was inadequate.

On Tue, Mar 17, 2026 at 4:43 PM Andrew Perrong <a@perronglaw.com> wrote:
Thanks for the call.
To summarize our discussion, there exist two forms of consent data on which defendant intends to rely: information from website popup submissions (#1), and information related to customers who have purchased products on Defendant's website (#2).

Defendant contains that it does not maintain in its possession, care, custody, or control type #1 documents. Those are maintained by Yotpo.
Defendant is currently collecting documents responsive to type #2. We will reach out for an update next week as to the process of collecting and producing that information.

[Quoted text hidden]

---

**Neal Shechter** <neal@saltlawgroup.com>                          Mon, Mar 30, 2026 at 12:23 PM
To: Andrew Perrong <a@perronglaw.com>
Cc: Anthony Paronich <anthony@paronichlaw.com>, anthony cartee <acartee@ac-legal.com>, Kevin Jacoby
<Kevin@saltlawgroup.com>, LegalOps <LegalOps@saltlawgroup.com>

Counsel,


Your recap of our conferral call stated that you would follow up last week. Instead you sent a sanctions threat and demanded immediate conferral. Please review the chain below.


That said, to the best of Defendant's knowledge, Yotpo and Klaviyo have produced directly to the Plaintiff information regarding when and how putative class members enrolled in the SMS marketing campaigns. The screenshots of the "opt-in" pop-up utilized by the Plaintiff were produced as MAH00001-2. Our client does not have further documents regarding consent in our client's possession and control and we do not have further documents upon which we intend to rely that have not been produced.


We did reach out to our client regarding the "website" information collected from customers that we discussed on our conferral call. However, after further review and investigation, we are informed that WolfPak does not utilize phone numbers provided at website checkout for marketing purposes, such numbers are only utilized to contact the customer if there is an issue or problem with their order. Thus, there are no further documents to collect/produce regarding consent

from website checkouts and we have no further documents upon which we intend to rely that have not already been produced.

Please let me know if you would like to schedule a call.

Best,

Neal



**Neal Shechter** | Attorney

T: 503.417.7777
C: 971.266.8027
E: Neal@SaltLawGroup.com

**SaltLawGroup.com**

**Confidentiality Notice:**
This message and any accompanying attachments contains confidential communications and privileged information. If you have received this communication in error, please notify me and delete the original and all copies from your system.

**From:** Andrew Perrong <a@perronglaw.com>
**Sent:** Saturday, March 28, 2026 1:39 PM
**To:** Neal Shechter <neal@saltlawgroup.com>
**Cc:** Anthony Paronich <anthony@paronichlaw.com>; anthony cartee <acartee@ac-legal.com>; Kevin Jacoby <Kevin@saltlawgroup.com>; LegalOps <LegalOps@saltlawgroup.com>
**Subject:** Re: Outstanding Discovery Deficiencies - Wilson v. MAH Group

Counsel,

We have not yet received any of the consent data. As such, we intend to file a second motion for sanctions with respect to the deficiencies in RFP 17. Although we contend that we have discharged our obligation under Local Rule 7-1, I am available on Monday to discuss if you feel that our prior conversation was inadequate.

[Quoted text hidden]

---

**Neal Shechter** <neal@saltlawgroup.com>                                   Mon, Mar 30, 2026 at 12:28 PM
To: Andrew Perrong <a@perronglaw.com>
Cc: Anthony Paronich <anthony@paronichlaw.com>, anthony cartee <acartee@ac-legal.com>, Kevin Jacoby
<Kevin@saltlawgroup.com>, LegalOps <LegalOps@saltlawgroup.com>, Christin Grieser <ChristinG@saltlawgroup.com>


One additional note: we will be producing by end of day screenshots of WolfPak's current "opt-in" website pop-up.

[Quoted text hidden]

---

**Christin Grieser** <ChristinG@saltlawgroup.com>                            Mon, Mar 30, 2026 at 12:40 PM
To: Neal Shechter <neal@saltlawgroup.com>, Andrew Perrong <a@perronglaw.com>
Cc: Anthony Paronich <anthony@paronichlaw.com>, anthony cartee <acartee@ac-legal.com>, Kevin Jacoby
<Kevin@saltlawgroup.com>, LegalOps <LegalOps@saltlawgroup.com>


Attached please find MAH000497-MAH000498, WolfPak's current "opt-in" website pop-up.



**Christin Grieser** | Law Clerk

---

T: 503.417.7777
F: 503.214.8816
E: Christin@SaltLawGroup.com

**SaltLawGroup.com**


**Confidentiality Notice:**
This message and any accompanying attachments contains confidential communications and privileged information. If you have received this
communication in error, please notify me and delete the original and all copies from your system.

---

**From:** Neal Shechter <neal@saltlawgroup.com>
**Sent:** Monday, March 30, 2026 9:28 AM
**To:** Andrew Perrong <a@perronglaw.com>
**Cc:** Anthony Paronich <anthony@paronichlaw.com>; anthony cartee <acartee@ac-legal.com>; Kevin Jacoby
<Kevin@saltlawgroup.com>; LegalOps <LegalOps@saltlawgroup.com>; Christin Grieser
<ChristinG@saltlawgroup.com>
[Quoted text hidden]

[Quoted text hidden]

---

 **MAH000497-MAH000498.pdf**
3294K

**Andrew Perrong** <a@perronglaw.com>                          Mon, Mar 30, 2026 at 12:51 PM
To: Neal Shechter <neal@saltlawgroup.com>
Cc: Anthony Paronich <anthony@paronichlaw.com>, anthony cartee <acartee@ac-legal.com>, Kevin Jacoby
<Kevin@saltlawgroup.com>, LegalOps <LegalOps@saltlawgroup.com>, Christin Grieser <ChristinG@saltlawgroup.com>

Thanks, upon review, we still intend to move as to the Yotpo data, as the metadata and underlying website submissions
for each of the class members, including Plaintiff, were not produced. Let me know what time you are free to finalize our
meet and confer today.

[Quoted text hidden]

---

**Neal Shechter** <neal@saltlawgroup.com>                          Mon, Mar 30, 2026 at 1:00 PM
To: Andrew Perrong <a@perronglaw.com>
Cc: Anthony Paronich <anthony@paronichlaw.com>, anthony cartee <acartee@ac-legal.com>, Kevin Jacoby
<Kevin@saltlawgroup.com>, LegalOps <LegalOps@saltlawgroup.com>, Christin Grieser <ChristinG@saltlawgroup.com>

I'm available tomorrow morning at 10AM PST / 1PM EST. Please advise what "metadata and underlying website
submissions" you are talking about. Thanks.



**Neal Shechter** | Attorney

---

T: 503.417.7777
C: 971.266.8027
E: Neal@SaltLawGroup.com

**SaltLawGroup.com**

---

**Confidentiality Notice:**
This message and any accompanying attachments contains confidential communications and privileged information. If you have received
this communication in error, please notify me and delete the original and all copies from your system.

---

**From:** Andrew Perrong <a@perronglaw.com>
**Sent:** Monday, March 30, 2026 9:51 AM
**To:** Neal Shechter <neal@saltlawgroup.com>
**Cc:** Anthony Paronich <anthony@paronichlaw.com>; anthony cartee <acartee@ac-legal.com>; Kevin Jacoby
<Kevin@saltlawgroup.com>; LegalOps <LegalOps@saltlawgroup.com>; Christin Grieser
<ChristinG@saltlawgroup.com>
**Subject:** Re: Outstanding Discovery Deficiencies - Wilson v. MAH Group

Thanks, upon review, we still intend to move as to the Yotpo data, as the metadata and underlying website submissions for each of the class members, including Plaintiff, were not produced. Let me know what time you are free to finalize our meet and confer today.

[Quoted text hidden]

---

**Andrew Perrong** <a@perronglaw.com>                                     Mon, Mar 30, 2026 at 1:10 PM
To: Neal Shechter <neal@saltlawgroup.com>
Cc: Anthony Paronich <anthony@paronichlaw.com>, anthony cartee <acartee@ac-legal.com>, Kevin Jacoby
<Kevin@saltlawgroup.com>, LegalOps <LegalOps@saltlawgroup.com>, Christin Grieser <ChristinG@saltlawgroup.com>

I am available then.
We can discuss further on the call, but we have not received, from any source, the metadata (i.e. the actual database record of what was submitted on the "pop up" on your client's webiste) associated with any Yotpo submission; as you indicate, the only information that you have for Type 1 consent is "The screenshots of the "opt-in" pop-up utilized by the Plaintiff were produced as MAH00001-2. Our client does not have further documents regarding consent in our client's possession and control and we do not have further documents upon which we intend to rely that have not been produced."

[Quoted text hidden]

---

**Neal Shechter** <neal@saltlawgroup.com>                                 Mon, Mar 30, 2026 at 1:45 PM
To: Andrew Perrong <a@perronglaw.com>
Cc: Anthony Paronich <anthony@paronichlaw.com>, anthony cartee <acartee@ac-legal.com>, Kevin Jacoby
<Kevin@saltlawgroup.com>, LegalOps <LegalOps@saltlawgroup.com>, Christin Grieser <ChristinG@saltlawgroup.com>

I'll send a Teams. But I still do not understand. Are you requesting that we ask Yotpo, on your behalf, to produce this information to you?



**Neal Shechter** | Attorney

T: 503.417.7777
C: 971.266.8027
E: Neal@SaltLawGroup.com

**SaltLawGroup.com**

**Confidentiality Notice:**
This message and any accompanying attachments contains confidential communications and privileged information. If you have received

this communication in error, please notify me and delete the original and all copies from your system.

---

**From:** Andrew Perrong <a@perronglaw.com>
**Sent:** Monday, March 30, 2026 10:10 AM
**To:** Neal Shechter <neal@saltlawgroup.com>
**Cc:** Anthony Paronich <anthony@paronichlaw.com>; anthony cartee <acartee@ac-legal.com>; Kevin Jacoby <Kevin@saltlawgroup.com>; LegalOps <LegalOps@saltlawgroup.com>; Christin Grieser <ChristinG@saltlawgroup.com>
**Subject:** Re: Outstanding Discovery Deficiencies - Wilson v. MAH Group

I am available then.

We can discuss further on the call, but we have not received, from any source, the metadata (i.e. the actual database record of what was submitted on the "pop up" on your client's webiste) associated with any Yotpo submission; as you indicate, the only information that you have for Type 1 consent is "The screenshots of the "opt-in" pop-up utilized by the Plaintiff were produced as MAH00001-2. Our client does not have further documents regarding consent in our client's possession and control and we do not have further documents upon which we intend to rely that have not been produced."

[Quoted text hidden]

---

**Andrew Perrong** <a@perronglaw.com>                    Mon, Mar 30, 2026 at 2:08 PM
To: Neal Shechter <neal@saltlawgroup.com>
Cc: Anthony Paronich <anthony@paronichlaw.com>, anthony cartee <acartee@ac-legal.com>, Kevin Jacoby <Kevin@saltlawgroup.com>, LegalOps <LegalOps@saltlawgroup.com>, Christin Grieser <ChristinG@saltlawgroup.com>

Yes, as you will see from our anticipated motion, it is our contention that the consent information is within Defendant's possession, care, custody, and control, within the meaning of the Rule.
[Quoted text hidden]

---

**Neal Shechter** <neal@saltlawgroup.com>                    Mon, Mar 30, 2026 at 2:12 PM
To: Andrew Perrong <a@perronglaw.com>
Cc: Anthony Paronich <anthony@paronichlaw.com>, anthony cartee <acartee@ac-legal.com>, Kevin Jacoby <Kevin@saltlawgroup.com>, LegalOps <LegalOps@saltlawgroup.com>, Christin Grieser <ChristinG@saltlawgroup.com>

Did you request this information from Yotpo and did they respond to the request? Need the history here. Thanks.

[Quoted text hidden]

---

**Neal Shechter** <neal@saltlawgroup.com>                    Tue, Mar 31, 2026 at 1:12 PM
To: Andrew Perrong <a@perronglaw.com>
Cc: Anthony Paronich <anthony@paronichlaw.com>, anthony cartee <acartee@ac-legal.com>, Kevin Jacoby <Kevin@saltlawgroup.com>, LegalOps <LegalOps@saltlawgroup.com>, Christin Grieser <ChristinG@saltlawgroup.com>

Counsel, as discussed on our meet and confer call just now, please send me your exact request of Yotpo so that we can pass it along to Yotpo. Please also advise if you requested this information from Yotpo previously and what their response to the request was. Thank you.



Thank you.





**Neal Shechter** | Attorney



T: 503.417.7777
C: 971.266.8027
E: Neal@SaltLawGroup.com


**SaltLawGroup.com**



**Confidentiality Notice:**
This message and any accompanying attachments contains confidential communications and privileged information. If you have received this communication in error, please notify me and delete the original and all copies from your system.

---

**From:** Andrew Perrong <a@perronglaw.com>
**Sent:** Monday, March 30, 2026 10:10 AM
**To:** Neal Shechter <neal@saltlawgroup.com>
**Cc:** Anthony Paronich <anthony@paronichlaw.com>; anthony cartee <acartee@ac-legal.com>; Kevin Jacoby <Kevin@saltlawgroup.com>; LegalOps <LegalOps@saltlawgroup.com>; Christin Grieser <ChristinG@saltlawgroup.com>
**Subject:** Re: Outstanding Discovery Deficiencies - Wilson v. MAH Group


I am available then.

We can discuss further on the call, but we have not received, from any source, the metadata (i.e. the actual database record of what was submitted on the "pop up" on your client's webiste) associated with any Yotpo submission; as you indicate, the only information that you have for Type 1 consent is "The screenshots of the "opt-in" pop-up utilized by the Plaintiff were produced as MAH00001-2. Our client does not have further documents regarding consent in our client's possession and control and we do not have further documents upon which we intend to rely that have not been produced."

[Quoted text hidden]

---

**Andrew Perrong** <a@perronglaw.com>                                    Tue, Mar 31, 2026 at 1:16 PM
To: Neal Shechter <neal@saltlawgroup.com>
Cc: Anthony Paronich <anthony@paronichlaw.com>, anthony cartee <acartee@ac-legal.com>, Kevin Jacoby
<Kevin@saltlawgroup.com>, LegalOps <LegalOps@saltlawgroup.com>, Christin Grieser <ChristinG@saltlawgroup.com>

We are requesting that you obtain from Yotpo precisely what the Court ordered to be produced in Request 17.

We will also be addressing your use of profanity during our meet and confer call, including your contention that "[we're] fucked" and that our position that such records are within your possession, care, custody and control because you have demonstrated an ability to obtain such records from Yotpo as "the stupidest fucking thing you've ever heard."
[Quoted text hidden]

---

**Neal Shechter** <neal@saltlawgroup.com>                                Tue, Mar 31, 2026 at 1:21 PM
To: Andrew Perrong <a@perronglaw.com>
Cc: Anthony Paronich <anthony@paronichlaw.com>, anthony cartee <acartee@ac-legal.com>, Kevin Jacoby
<Kevin@saltlawgroup.com>, LegalOps <LegalOps@saltlawgroup.com>, Christin Grieser <ChristinG@saltlawgroup.com>

You have deliberately misquoted me. Your threat to file a motion because we have not read your mind about what additional records you want from a third party is ridiculous and a waste of the Court's resources. Fortunately, because this action will be dismissed and because you continued to pursue it based on dishonest representations and continue to pursue it without a good faith basis, my client will recover significant pecuniary damages against your firm. And that is what was truthfully conveyed to you during our call. Whether additional disciplinary action should result is not for me to say.

[Quoted text hidden]

---

**Neal Shechter** <neal@saltlawgroup.com>                                Tue, Mar 31, 2026 at 1:25 PM
To: Andrew Perrong <a@perronglaw.com>
Cc: Anthony Paronich <anthony@paronichlaw.com>, anthony cartee <acartee@ac-legal.com>, Kevin Jacoby
<Kevin@saltlawgroup.com>, LegalOps <LegalOps@saltlawgroup.com>, Christin Grieser <ChristinG@saltlawgroup.com>

Counsel, additionally, if you're going to waste the Court's time and resources, please make sure you have first produced to us everything that you received in response to your subpoena to Yotpo, which I do not believe we even have. That fact, standing alone. dooms this ridiculous motion threat, putting aside all of the other reasons it is ridiculous.

[Quoted text hidden]

---

**LegalOps** <LegalOps@saltlawgroup.com>                                 Fri, Apr 10, 2026 at 6:11 PM
To: Christin Grieser <ChristinG@saltlawgroup.com>, Neal Shechter <neal@saltlawgroup.com>, Andrew Perrong
<a@perronglaw.com>
Cc: Anthony Paronich <anthony@paronichlaw.com>, anthony cartee <acartee@ac-legal.com>, Kevin Jacoby
<Kevin@saltlawgroup.com>, LegalOps <LegalOps@saltlawgroup.com>

Good afternoon,


Attached you will find MAH000557-MAH000558, which was previously inadvertently produced with the incorrect bates range. Please substitute this for the below.

Additionally, you will find MAH000559-000560. This document is responsive to RFP 3.

Thank you,



**Angela Marie** | VP Legal Ops

---

T: 503.417.7777
F: 503.214.8816
E: Angela@SaltLawGroup.com

**SaltLawGroup.com**

**Confidentiality Notice:**
This message and any accompanying attachments contains confidential communications and privileged information. If you have received this communication in error, please notify me and delete the original and all copies from your system.

[Quoted text hidden]

**2 attachments**

 **MAH000557-MAH000558.pdf**
3318K

 **MAH000559-000560.pdf**
847K