UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| CHET MICHAEL WILSON, *individually and on behalf of all others similarly situated*,<br><br>    Plaintiff,<br><br>  v.<br><br>MAH GROUP, INC., d/b/a WOLFPAK,<br><br>    Defendant. | Case No. 6:25-cv-00855-MTK<br><br>**ORDER** |

**KASUBHAI,** United States District Judge:

The Cable Communications Privacy Act, 47 U.S.C. § 551(c)(2)(B), requires court authorization for a subpoena seeking personally identifying information from an internet service provider. The parties agree and stipulate that good cause exists for Defendant MAH Group to subpoena Comcast Cable Communications Management to determine the identity of the individual whose IP address subscribed to marketing messages on January 1, 2025.

It is hereby ORDERED that Defendant may serve upon COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, C/O CORPORATION SERVICE COMPANY, 1127 BROADWAY ST. NE, STE 310, SALEM, OR 97301, for the name, address, telephone

number, and account number of the individual to whom 73.240.49.37 was registered on January 1, 2025. Comcast shall notify the subscriber of this order prior to disclosure. 47 U.S.C. § 551(c)(2)(B).

DATED this 29th day of April 2026.

s/ Mustafa T. Kasubhai
MUSTAFA T. KASUBHAI (he/him)
United States District Judge

Page 2 — ORDER