Kevin J. Jacoby, OSB No. 063783
Email: kevin@saltlawgroup.com
Adam F. Summerfield, *Pro Hac Vice Pending*
Email: adam@saltlawgroup.com
SALT
100 SW Main St, Ste 1025
Portland, OR  97204
Phone: (503) 417-7777

*Of Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **CHET MICHAEL WILSON**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**MAH GROUP, INC. D/B/A WOLFPAK**,<br><br>Defendant. | Case No. 6:25-cv-00855-MTK<br><br>**DECLARATION OF CHRISTIN GRIESER IN SUPPORT OF DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF SECOND MOTION FOR SANCTIONS** |

I, Christin Grieser, hereby declare and state as follows:

1.      I am a Law Clerk at Salt Law Group and have personal knowledge of the information in this declaration. I am over 18 years of age and competent to testify to the information in this declaration. I make this declaration in support of Defendant's Response in Opposition to Plaintiff's Motion for Leave to File a Reply in Support of Second Motion for Sanctions ("Motion").

2.      A true and correct copy of the email exchange between counsel regarding

PAGE 1 – DECLARATION OF CHRISTIN GRIESER IN
SUPPORT OF DEFENDANT'S RESPONSE IN OPPOSITION TO
PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY IN
SUPPORT OF SECOND MOTION FOR SANCTIONS



conferral is attached hereto as **Exhibit 1**.

3.      I was present at the telephone conferral regarding Plaintiff's Motion. Plaintiff's Counsel only conferred on whether LR 26-3(c) applied to a potential Reply and did not confer as to the substance of the Reply.

4.      I was present at the telephone conferral for the Motion for Leave to Supplement the First Motion for Sanctions. Defendant's Counsel asked Plaintiff's Counsel if there was language in the contract between Yotpo and MAH that indicated MAH had control. Plaintiff's Counsel did not respond except to reiterate that MAH's prior request and receipt of records established control.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON: May 12, 2026

By: _____
Christin Grieser

PAGE 2 – DECLARATION OF CHRISTIN GRIESER IN SUPPORT OF DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF SECOND MOTION FOR SANCTIONS

**Salt**

100 SW Main Street, Suite 1025
Portland, OR 97204

T: 503.417.7777  F: 503.214.8816