Kevin J. Jacoby, OSB No. 063783
Email: kevin@saltlawgroup.com
SALT
100 SW Main St, Ste 1025
Portland, OR  97204
Phone: (503) 417-7777
*Of Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **CHET MICHAEL WILSON**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**MAH GROUP, INC. D/B/A WOLFPACK**,<br><br>Defendant, | Case No. 6:25-CV-00855-mtk<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

To: The Clerk of this Court and all parties and their counsel of record.

NOTICE IS HEREBY GIVEN that Neal Shechter withdraws as counsel of record for Defendant MAH Group, Inc. d/b/a Wolfpack ("Defendant" herein) as of the date of the filing of this Notice. The undersigned, Kevin J. Jacoby, remains as counsel for the Defendant.

DATED: June 3, 2026          **SALT**


By: */s/ Kevin J. Jacoby*
     Kevin J. Jacoby, OSB No. 063783
     Email: kevin@saltlawgroup.com
     *Of Attorneys for Defendant*

PAGE 1 – **NOTICE OF WITHDRAWAL OF COUNSEL**

## CERTIFICATE OF SERVICE

I hereby certify that I served the attached **NOTICE OF WITHDRAWAL OF COUNSEL**

on the following:

Andrew Roman Perrong
PERRONG LAW LLC
2657 Mount Carmel Avenue
Glenside, PA  19038
a@perronglaw.com

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com

by the following indicated method(s):

☒    by **e-service** through filing the document with the Court's **CM/ECF** system.

☐    by **emailing** full, true, and correct copies thereof to said attorney to the email address noted above, which is the last known email address for said attorney, on the date set forth below.

☐    by causing full, true and correct copies thereof to be **mailed** to the attorney(s) at the attorney(s) last-known office address(es) listed above on the date set forth below.

☐    by causing full, true and correct copies thereof to be **hand delivered** to the attorney(s) at the attorney(s) last-known office address(es) listed above on the date set forth below.

DATED: June 3, 2026        **SALT**

By: */s/ Kevin J. Jacoby*
        Kevin J. Jacoby, OSB No. 063783
        Email: kevin@saltlawgroup.com
        *Of Attorneys for Defendant*

PAGE 1 – CERTIFICATE OF SERVICE

**Salt**

100 SW Main Street, Suite 1025
Portland Or, 97204

T: 503.417.7777  F: 503.214.8816