Kevin J. Jacoby, OSB No. 063783
Email: kevin@saltlawgroup.com
Adam F. Summerfield, *Pro Hac Vice*
Email: adam@saltlawgroup.com
Christin Grieser, OSB No. 262826
Email: christing@saltlawgroup.com
SALT
100 SW Main St, Ste 1025
Portland, OR  97204
Phone: (503) 417-7777

*of Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **CHET MICHAEL WILSON**, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>        vs.<br><br>**MAH GROUP, INC. D/B/A WOLFPAK**,<br><br>    Defendant. | Case No. 6:25-cv-00855-MTK<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

TO:    The Clerk of this Court and all parties and their counsel of record.

        PLEASE TAKE NOTICE that attorney Christin Grieser hereby appears in the above

/ / /

/ / /

/ / /

/ / /

PAGE 1 – NOTICE OF APPEARANCE OF COUNSEL

**Salt**

100 SW Main Street, Suite 1025
Portland, OR 97204

T: 503.417.7777  F: 503.214.8816

entitled matter as counsel of record for Defendant MAH Group, Inc. d/b/a Wolfpak. No

withdrawals or substitutions are associated with this appearance.

DATED:  June 10, 2026              **SALT**


By: */s/ Christin Grieser*
Kevin J. Jacoby, OSB No. 063783
Email: kevin@saltlawgroup.com
Adam F. Summerfield, *Pro Hac Vice*
Email: adam@saltlawgroup.com
Christin Grieser, OSB No. 262826
Email: christing@saltlawgroup.com

*of Attorneys for Defendant*

PAGE 2 – NOTICE OF APPEARANCE OF COUNSEL

**Salt**

100 SW Main Street, Suite 1025
Portland, OR 97204

T: 503.417.7777  F: 503.214.8816